No IFP
No fee

Page 1 of 3

76






Case:2:19-cv-11205
Judge: Borman, Paul D.
MJ: Davis, Stephanie Dawkins
Filed: 04-24-2019 At 03:45 PM
REM SHA'TEINA GRADY EL V STATE
OF MICHIGAN, ET AL (LG)

THE MOORISH NATION
MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
Aboriginal and Indigenous Natural Peoples of Northwest Amexem / North America

## Affidavit of Financial Statement
### (Exercise of Constitution – Secured Right)

**April 22, 2019**

Sha'Teina Anahita Lin Grady El, Authorized Representative, Natural Person, In Propria Persona:
Ex Relatione SHATINA LYNN GRADY: All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Not a Corporate Person or Entity, Misrepresented by Fraudulent Construct of ALL CAPITAL LETTERS
Care of 2744 Peachcrest Street
Washtenaw Territory,
Michigan Republic [48198]
Non-Domestic

To:
United States District Court
Eastern District of Michigan
Office of the Clerk
231 West Lafayete Blvd.
Detroit Territory, Michigan Republic
[48226] uSA

**Re: Case #** 19-002313-03-FH

## Notice of Judges and Officials' Oath – Bound Obligations and Fiduciary Duties

**Article VI**
"All debts contracted, and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation. This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding. The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to

support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States."

## Article 1, Section X
"All debts shall be payable in gold or silver coin"

## Amendment V
"No Person shall be deprived of due process of law"

I Affirm, for the Record, that I do not have, or possess, any gold or silver coins, as prescribed by United States Constitution Law, which is the lawful money to pay the restricting demands, conditionally commanded by Employees and Contractors of the Court. The said restrictions (unconstitutional) are arbitrarily (hindering Due Process) and imposed for processing these Documents, as stipulated in the United States Constitution noted above. Therefore, I submit this Writ "In Forma Pauperis", being an enjoyment and exercise of my unconditional and Constitutionally - Secured Rights (and not a feudal - fee - burdened privilege) to timely and speedily enforce Due Process of Law, as noted above.

Your demand for a "Financial Statements" is used as an instrument to deny me due process of law and my right to free access to the courts. I introduced evidence in the form of an Affidavit of Fact and marked as Evidence. Someone in the courts tampered with that evidence, which is a Federal Violation, and misrepresented it as a Motion which is discretionary and an assumption that permission must be requested to exercise my Constitutional Rights and an exercise of a right is a Constitutional Right, not a Request and this office knows that. This is a direct violation of my "Secured Constitutional / Treaty Rights which is the Supreme Law of the Land and "Stare Decisis" and a violation of your "Oath of Office". Furthermore, as there is no law as prescribed in the United States Constitution stating a "Financial Statement, "Financial Fee (Feudal Law)", or a "Motion" requesting permission must be submitted in order to exercise my Constitutional Rights, your demand is a violation of Amendment IX of the United States Constitution and a violation of your fiduciary duties.

## Amendment IX
"The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people"

*Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them.* ***Miranda v. Arizona 384 US 436, 125:***

As an Officer(s) of the Court, you and your assigns are bound (or have taken) a solemn Oath (See Article VI) to uphold and Support the Constitution for the United States Republic. Refusal of this 'Affidavit of Financial Statement' is construed to deny me timely 'Due Process' and will be a 'Colorable Act' to violate my secured exercise of a Right. Such an act and imposition are a violation of your Official Oath of office. This can result in additional lawful remedy actions filed against those violating Officers of the Court, Under Title 18 and Title 42, in their official and private capacities. The Law always gives a remedy for the people against color of law actions committed by those who violate their Oaths of Office colluding to abridge the Rights secured for the Natural Beings and the citizens.

I Respectfully, with 'Good Faith' and with Honor, by right to unhindered Due – Process, submit this 'Affidavit of Financial Statement' and Evidence.

Thank You,
I Am: *Daniyal Ka Rhi Grady El*
Daniyal Ka Rhi Grady El, Authorized Rep.
Natural Person, In Propria Persona:
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Care of 2744 Peachcrest Street
Washtenaw Territory,
Michigan Republic [48198]
Non-Domestic

Cc:
United States Justice Department
State of Michigan Governor Gretchen Whitmer
United States Attorney General William Barr
State of Michigan Attorney General Dana Nessel
State of Michigan Secretary of State Jocelyn Benson





**Moorish National Republic Federal Government**
**~ Societas Republicae Ea Al Maurikanos ~**
Moorish Divine and National Movement of the World
Northwest Amexem / Northwest Africa / North America / 'The North Gate'
~ Temple of the Moon and Sun ~
*The True and De Jure Natural Peoples - Heirs of the Land*
~ J.S.R.A.M ~

---

# *LEGAL NOTICE OF REMOVAL*
### *FROM MUNICIPAL COURT TO FEDERAL COURT*
### *PURSUANT TO TITLE 28 §1441 - §1446*
### *PROPER ARTICLE III JURISDICTION*

### *Mandatory filing: 28 USC §1746; 18 USC §2076*

STATE OF MICHIGAN


PLAINTIFF,

                                        CASE NO. 19-002313-03FH

**v.**


Sha'Teina Anahita Lin Grady El, Ex. Rel. [SHATINA LYNN GRADY],
Natural Persons,
In Propria Persona, Sui Juris
(not to be confused with nor substituted with Pro Se);
and not a Statutory Person.

**Petitioner(s)/ Alleged Defendant(s),**

   (Hereinafter Petitioner)

Official Notice is herby served on the STATE OF MICHIGAN THIRD JUDICIAL CIRCUIT COURT FRANK
MURPHY; all judicial Sub-Divisions; Officials; Agents; and above-named Plaintiff-all cases and Jurisdiction /
Venue moved to Federal Court. All Matters, Complaints, Traffic Tickets/ Suits, Citations / Bill of Exchange
(misrepresented as lawful warrants, etc.), must be filed with Federal Court, pursuant to Jurisdiction named

  

**Moorish National Republic Federal Government**
— **Societas Republicae Ea Al Maurikanos** —
**Moorish Divine and National Movement of the World**
**Northwest Amexem / Northwest Africa / North America / 'The North Gate'**
— **Temple of the Moon and Sun** —
*The True and De Jure Natural Peoples - Heirs of the Land*
— **J.S.L.A.M** —

hereinafter. All process, pleadings, and orders have been obtained from the Wayne County Clerks Office and has been attached hereto as Exhibit A. 28 U.S.C. §1446(a).

# I.
## JURISDICTION

Jurisdiction/Venue are hereby placed in one Supreme Court, pursuant to Article III Section 2 for the United States Republic, and the several States, under the Constitution; Article VI: and reaffirmed by obligatory Official Oaths.

"The Judicial Power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;--to all cases affecting ambassadors, other public ministers and consuls; --to all cases of admiralty and maritime jurisdictions;--to controversies to which the United States shall be a party;--to controversies between two or more states;--between a state and citizens of another state;--between citizens of different states;--between citizens of the same state claiming lands under grants of different states, and between a state, or the citizens thereof, and foreign states, citizens or subjects."

In all cases affecting ambassadors, other public ministers and consuls, and those in which a state shall be a party, the Supreme Court shall have original jurisdiction. In all the other cases before mentioned, the Supreme Court shall have appellate jurisdiction, both as to law and fact, with such exceptions, and under such regulations as the Congress shall make.

**COMES NOW**, Sha'Teina Anahita Lin Grady El, Ex. Rel. [SHATINA LYNN GRADY], In Propria Persona, Sui Juris (not to be confused with Pro se), Aboriginal Indigenous Moorish-Americans; possessing Free-hold by

  

### Moorish National Republic Federal Government
#### ~ Societas Republicae Ea Al Maurikanos ~
##### Moorish Divine and National Movement of the World
##### Northwest Amexem / Northwest Africa / North America / 'The North Gate'
##### ~ Temple of the Moon and Sun ~
###### The True and De Jure Natural Peoples   Heirs of the Land
###### ~ J.S.L.A.M. ~

Inheritance status; standing squarely affirmed and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America. Being descendants of Moroccans and born in America, with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate. The Moors are the founders and are the true possessors of the present Moroccan Empire; with our Canaanite, Hittite and Amorite brethren, who sojourned from the land of Canaan, seeking new homes. Our dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the Adjoining Islands-bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D. superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the United States **(http://www.yale.edu/lawweb/avalon/diplomacy/barbary/bar1866t.htm or at Bevines Law Book of Treaties)** the same as displayed under Treaty Law, Obligation, Authority as expressed in Article VI of the Constitution for the United States of America (Republic):

### THE TREATY OF PEACE AND FRIENDSHIP OF 1836 A.D.
#### Between Morocco and the United States
#### Article 20
"If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties, and whenever the Consul shall require any Aid or Assistance from our Government, to enforce his decisions, it shall be immediately granted to him."

#### Article 21
"If any Citizen of the United States should kill or wound a **Moor**, or, on the contrary, if a **Moor** shall kill or wound a Citizen of the United States, the Law of the Country shall take place, and equal Justice shall be rendered,






### Moorish National Republic Federal Government
### ~ Societas Republicae Ea Al Maurikanos ~
#### Moorish Divine and National Movement of the World
#### Northwest Amexem / Northwest Africa / North America / 'The North Gate'
#### ~ Temple of the Moon and Sun ~
##### The True and De Jure Natural Peoples ~ Heirs of the Land
##### ~ I.S.L.A.M ~

the Consul assisting at the Trial; and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever."

## II.

## PARTIES

Plaintiff

STATE OF MICHIGAN, A CORPORATION, DUNS # 054698428. 111 S. Capital Ave., Lansing, MI 48933-1555.

"In as much as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance,is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate artificial persons and the contracts between them." **Penhallow v. Doan's Administrators, 3 U.S. 54 (1795)**

"For a crime to exist, there must be an injured party (Corpus Delicti) There can be no sanction or penalty imposed on one because of this Constitutional right." **Sherer v. Cullen 481 F.945.**

Petitioner(s)/ Alleged Defendant(s)

Sha'Teina Anahita Lin Grady El, ex. Rel. SHATINA LYNN GRADY, In Full Life, In Propria Persona, Sui Juris (not to be confused with Pro se) Aboriginal, Indigenous Moorish American National, unlawfully detained against her will. Care of 2080 Whittaker Road, Washtenaw Territory, Michigan Republic [48197].

  

**Moorish National Republic Federal Government**
~ **Societas Republicae Ea Al Maurikanos** ~
**Moorish Divine and National Movement of the World**
**Northwest Amexem / Northwest Africa / North America / 'The North Gate'**
-- **Temple of the Moon and Sun** —
*The True and De Jure Natural Peoples – Heirs of the Land*
~ **J.S.L.A.M** ~

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that, pursuant to Title 28 §1441 - §1446, I, Sha'Teina Anahita Lin Grady El, In Propria Persona, Sui Juris; Aboriginal, Indigenous Moorish American Nationals, Freehold by Inheritance with Birthrights and protected and secured Inalienable Rights, makes with this NOTICE OF REMOVAL of the Complaint – **Case Number 19-002313-03FH Active in the THIRD JUDICIAL CIRCUIT COURT FRANK MURPHY HALL OF JUSTICE**. Petitioner(s) is with reasonable expectation that the Officers / Agents, and Officials, holding any position of Public Trust, or political office, are prohibited, under Official Oath, under the authority of The Law of the Land, from the use of the official position(s) or office(s) to violate the Constitution for the UNITED STATES OF AMERICA; and thus, by the abuse of authority, and the practice of superseding their 'limited' jurisdictional powers, violate and abridge the Natural, Divine, Unalienable, and Secured Rights of the People; terminating with the cause of damage to this Petitioner.

Sha'Teina Anahita Lin Grady El, Ex. Rel. [SHATINA LYNN GRADY], In Full Life, In Propria Persona[1] Sui Juris[2]; **HEREBY,** file this NOTICE OF REMOVAL by way of consort Daniyal Ka Rhi Grady El. This CASE NO. 19-002313-03FH is to be removed from the occupying European United States / U.S. / UNITED STATES Corporate tribunal[3] styled as: FRANK MURPHY HALL OF JUSTICE, THIRD JUDICIAL CIRCUIT COURT, 1441 ST ANTOINE ST ROOM 100, DETROIT, MICHIGAN 48226 to the UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN competent jurisdiction for civil and criminal cases; the constitutional Article III American Common Law court of record.

  

**Moorish National Republic Federal Government**
**~ Societas Republicae Ea Al Maurikanos ~**
**Moorish Divine and National Movement of the World**
**Northwest Amexem / Northwest Africa / North America / 'The North Gate'**
**~ Temple of the Moon and Sun ~**
*The True and De Jure Natural Peoples - Heirs of the Land*
**~ J.S.L.A.M ~**

## GROUNDS FOR REMOVAL

### Diversity of Citizenship

Status[4]: Sha'Teina Anahita Lin Grady El, In Propria Persona Sui Juris; are Islamic Moslem Moor, Aboriginal, Indigenous Moorish American[5] National and Natural Divine Freeholder of this land of America. Domiciling in the jurisdiction of our ancestral inherited estate at all times, and all rights are reserved at all times.

---

1.**IN Propria Persona**. In one's own proper person. It is a rule in pleading that pleas to the jurisdiction of the court must be plead in propria persona, because if pleaded by attorney they admit the jurisdiction, as an attorney is an officer of the court, and he is presumed to plead after having obtained leave, which admits the jurisdiction. Lawes, Pl. 91. Black's Law Dictionary rev. 4th ed. p. 899, 900 (1968)

2. **Sui Juris**. Lat. Of his own right; possessing full social and civil rights; not under any legal disability, or the power of an-other, or guardianship. Having capacity to manage one's own affairs; not under legal disability to act for one's self. Story, Ag. § 2. Black's Law Dictionary rev. 4th ed. p. 1602 (1968)

3. CIVIL ORDERS JULY 4, 2014 Issued to All Members of the Domestic Police Forces, US Marshals Service, the Provost Marshal, Members of the American Bar Association and the American Armed Services.

4. **Status**. Standing, state or condition. Reynolds v. Pennsylvania Oil Co., 150 Cal. 629, 89 P. 610, 612. The legal relation of individual to rest of the community. Duryea v. Duryea, 46 Idaho 512, 269 P. 987, 988. The rights, duties, capacities and incapacities which determine a person to a given class. Campb. Austin 137. A legal personal relationship, not temporary in its nature nor terminable at the mere will of the parties, with which third persons and the state are concerned. Holzer v. Deutsche Reichsbahn Gesellschaft, 159 Misc. 830, 290 N.Y.S. 181, 191. While term implies relation, it is not a mere relation. De La Montanya v. De La Montanya, 112 Cal. 101, 115, 44 P. 345, 348, 32 L.R.A. 82, 53 Am.St.Rep. 165. It also means estate, because it signifies the condition or circumstances in





**Moorish National Republic Federal Government**
**~ Societas Republicae Ea Al Mauritanos ~**
Moorish Divine and National Movement of the World
Northwest Amexem / Northwest Africa / North America / The North Gate
~ Temple of the Moon and Sun ~
*The True and De Jure Natural Peoples - Heirs of the Land*
~ J.S.L.A.M ~

which one stands with regard to his property. In the Year Books, it was used in this sense; 2 Poll. & Maitl. Hist. E. L. 11. Black's Law Dictionary rev. 4th ed. p. 1580 (1968)

5. **American:** n. an Aboriginal or one of the various copper-colored natives found on the American Continent by the Europeans; the original application of the name. Webster's 1828 American Dictionary of the English language and 1936. Webster's unabridged 20th century dictionary. "Some examples will now be cited from the Americas to illustrate the use of 'negro' and 'black' in English as applied to people of American ancestry." Jack D. Forbes: *Africans and Native Americans, Chp.3. Negro, Black and Moor p. 85 ¶ 3.*

    **Diversity of Nationality[6]:** Sha'Teina Anahita Lin Grady El, being Moorish Americans, we are Noble freehold Original Indigenous Autochthonous Moor/Muurs[7] of the organic Americas - the Land. By consanguine unity we are the descendant of the ancient Moabite Fore-Mothers and Fore-Fathers. Our pledge of National, Political, and Spiritual allegiance is to our Moabite / Moorish Nation - being the archaic Originals / Indigenes of Amexem (the Americas) and stand squarely affirmed upon our Divine Oath to the five Points of Light -- Love, Truth, Peace, Freedom, and Justice. We are by birthright heritage, and primogeniture, the living beneficiary, good steward, heirs apparent Jus sanguinis (by right of blood)[8] and Jus soli (by right of soil) of the extreme far west Al Moroccan (American) Continents - Land of the Moors territoria, North America, South America; Central America; including the adjoining Islands (Americana / Ameru / Al Moroc); the ancient American lands since time immemorial before 1492 European invasion, colonization, occupation, and birthright theft of our lands and identities.

---

6. **Nationality.** That quality or character which arises from the fact of a person's belonging to a nation or state. Nationality determines the political status of the individual, especially with reference to allegiance; while domicile determines his civil status. Nationality arises either by birth or by naturalization. According to Savigny, "nationality" is also used as opposed to "territoriality," for the purpose of distinguishing the case of a nation having no national

  

### 𝕸oorish 𝕹ational 𝕽epublic 𝕱ederal 𝕲overnment
#### ~ 𝕾ocietas 𝕽epublicae 𝕰a 𝕬l 𝕸aurikanos ~
##### 𝕸oorish 𝕯ivine and 𝕹ational 𝕸ovement of the 𝖂orld
##### 𝕹orthwest 𝕬mexem / 𝕹orthwest 𝕬frica / 𝕹orth 𝕬merica / '𝕿he 𝕹orth 𝕲ate'
##### -- 𝕿emple of the 𝕸oon and 𝕾un --
###### *The True and De Jure Natural Peoples – Heirs of the Land*
###### ~ 𝕵.𝕾.𝕷.𝕬.𝕸 ~

territory; e. g., the Jews. 8 Say. Syst. § 346; Westl.Priv.Int. Law, 5. Black's Law Dictionary rev. 4th ed. p. 1602 (1968)

7. **Moor,** n More, Maure, L. Maurus a Moor 2. (Hist.) Any individual of the swarthy [dark complexion] races..." [relative to the Albion European] 1895 Noah Webster's International Dictionary of the English Language: being the authentic edition of Webster's unabridged dictionary, comprising the issues of 1864, 1879, and 1884 by Webster, Noah, 1758-1843; "Since moor and moren had also been used for American (Antwerp, 1563, and Brazil, 1550s, 1640s), we can see a pattern where both moor and swart were flexible enough to embrace a broad range of brown to dark brown people." Jack D. Forbes; Africans and Native Americans. Chp. 3. Negro, Black and Moor p. 81 ¶ 3; "I say my client may be a Moor, but he is not a Negro." Abraham Lincoln's case: Dungey v. Spencer (1855) File ID: L00567, as a trial lawyer before president of the United States Corporation Company. April 17, 1855

8. **Jus Sanguinis** – Citizenship is not determined by one's place born but having a parent(s) (by blood) who are Citizens of the Nation, Jus sanuinis rights are mandated by international treaty with citizenship definitions imposed by the international community.

**Capital Crimes of Fraud and Treason Jurisdiction**: It is a fact that the Amendatory Act April 20, 1933 under Executive Order 6111 and as defined in the Banking Emergency Act under Public Law 1, 48 stat, C1 has defined the nonliving DUMMY[9]/DEFENDANT (once deceptively joinder[10] of the living) and the people of the land as enemies of the state-(i.e., STATE OF MICHIGAN / UNITED STATES) under the Amended Trading with the Enemy Act (1933) under Title 50 Chapter 3 / Public Law 40, stat L 411 as enemies of their own country. From these facts, any alleged "PLAINTIFF" and "DEFENDANT" being addressed by this corporate pseudo court is not a living "Person" which is the most basic identity as one of the living people unlawfully and unconsciably converted to that of a business. The living Being had been literally "impersonated" constituting constructive conversion and crime of personage for profit and servitude (human trafficking/slavery).

When the living being face charges in this corporate pseudo courts, the living Being suffers barratry because of the false presumptions -which are crimes against humanity and war crimes

  

## 𝕸oorish 𝕹ational 𝕽epublic 𝕱ederal 𝕲overnment
### ~ 𝕾ocietas 𝕽epublicae 𝕰a 𝕬l 𝕸auritanos ~
#### 𝕸oorish 𝕯ivine and 𝕹ational 𝕸ovement of the 𝖂orld
#### 𝕹orthwest 𝕬mexem / 𝕹orthwest 𝕬frica / 𝕹orth 𝕬merica / 'The 𝕹orth 𝕲ate'
#### ~ 𝕿emple of the 𝕸oon and 𝕾un ~
*The True and De Jure Natural Peoples - Heirs of the Land*
~ 𝕵.𝕾.𝕷.𝕬.𝕸 ~

9. **DUMMY**, n. One who holds legal title for another; a straw man. Hegstad v. Wysiecki, 178 App.Div. 733, 165 N.Y.S. 898, 900. Space 61/2 feet in width between street railroad tracks. Schroeder v. Pittsburgh Rys. Co., 311 Pa. 398, 165 A. 733. DUMMY, adj. Sham; make-believe; pretended; imitation. U. S. v. Warn, D.C.Idaho, 295 F. 328, 330. As respects basis for predicating liability on parent corporation for acts of subsidiary, "agency," "adjunct," "branch," "instrumentality," "dummy," "buffer," and "tool" all mean very much the same thing. owendahl v. Baltimore & 0. R. Co., 287 N.Y.S. 62, 74, 247 App.Div. 14 DUMMY DIRECTOR. One to whom (usually) a single share of stock in a corporation is transferred for the purpose of qualifying him as a director of the corporation, in which he has no real or active interest. Ashby v. Peters, 128 Neb. 338, 258 N.W. 639, 99 A.L.R. 843. One who is a mere figurehead and in effect discharges no duties. Golden Rod Mining Co. v. Bukvich, 108 Mont. 569, 92 P. 2d 316, 319. Black's Law Dictionary rev. 4th ed. p. 591, 592 (1968)

10. **Joinder**. Joining or coupling together; uniting two or more constituents or elements in one; uniting with another person in some legal step or proceeding; union; concurrence. Black's Law Dictionary rev. 4th ed. p. 971 (1968)

under the jurisdiction of the Constitutional Article III Moorish Consular Court and International Criminal Court (ICC) against the operators of this corporate pseudo court. Both the Territorial United States which is political - not physical and derived under treaty, and the Municipal United States which is ROMAN, are foreign entities with respect to the aboriginal indigenous Moor, and both of these corporate United States/UNITED STATES - have created DUMMY franchises" for themselves named after the living Being - written in ALL CAPITALIZED letters. These DUMMY franchises are created by infringing upon the Common Law copyright of the living BEING'S own given name which is what is actually being addressed as "DEFENDANT" and represented as "PLAINTIFF" in the corporate pseudo courts.





### Moorish National Republic Federal Government
#### ~ Societas Republicae Ea Al Maurikanos ~
##### Moorish Divine and National Movement of the World
##### Northwest Amexem / Northwest Africa / North America / The North Gate'
##### ~ Temple of the Moon and Sun ~
###### *The True and De Jure Natural Peoples ~ Heirs of the Land*
###### ~ J.S.L.A.M ~



**UNDER EXECUTIVE ORDER OF THE PRESIDENT**

Issued April 5, 1933

all persons are required to deliver

**ON OR BEFORE MAY 1, 1933**

all **GOLD COIN, GOLD BULLION, AND GOLD CERTIFICATES** now owned by them to a Federal Reserve Bank, branch or agency, or to any member bank of the Federal Reserve System.

*Executive Order*

[fine print text of executive order]

GOLD CERTIFICATES may be identified by the words "GOLD CERTIFICATE" appearing thereon. The serial number and the Treasury seal on the face of a GOLD CERTIFICATE are printed in YELLOW. Be careful not to confuse GOLD CERTIFICATES with other issues which are redeemable in gold but which are not GOLD CERTIFICATES. Federal Reserve Notes and United States Notes are "redeemable in gold" but are not "GOLD CERTIFICATES" and are not required to be surrendered.

Special attention is directed to the exceptions allowed under Section 2 of the Executive Order

**CRIMINAL PENALTIES FOR VIOLATION OF EXECUTIVE ORDER**
$10,000 fine or 10 years imprisonment, or both, as provided in Section 9 of the order

Whereas the STATE OF MICHIGAN BAR Association prosecution fails to have, as required by de jure Law and Rules of Court, pursuant to the Constitution For the united States of America; the Republic, and the federal statutes of this country pursuant thereof, the alleged PLAINTIFF is NOT living, nor a real injured party, but is moving forward as if crimes against the state were committed. This can only mean that the DUMMY/STRAWMAN/DEFENDANTS, is being charged as an enemy of the state-under War crimes. The living beings are being constantly hunted down, persecuted without crime by said foreign private for-profit corporate entities, and denied due process of de jure Law under the normal constitutional and statutory requirements of this organic land. This removal is under COMPLETE DIVERSITY of NATIONALITY.





## Moorish National Republic Federal Government
### ~ Societas Republicae Ea Al Maurikanos ~
#### Moorish Divine and National Movement of the World
##### Northwest Amexem / Northwest Africa / North America / 'The North Gate'
###### ~ Temple of the Moon and Sun ~
*The True and De Jure Natural Peoples - Heirs of the Land*
~ I.S.L.A.M ~

I am Daniyal Ka Rhi Grady El, filing this Notice of Removal on behalf of my consort, Sha'Teina Anahita Lin Grady El, Ex. Rel. [SHATINA LYNN GRADY], who has been detained against her will unconstitutionally and unlawfully currently at WAYNE COUNTY JAIL.

**Enclosures:**
Financing Statement
Estoppel
Habeas Corpus

Date: April 22, 2019

*Daniyal Ka Rhi Grady El*
Daniyal Ka Rhi Grady El, In Propria Persona, Sui Juris
Moorish American National, All Rights Reserved at All Times
c/o 2080 Whittaker Road, Washtenaw Territory,
Michigan Republic [48197]
Daniyalkrel@gmail.com

## CERTIFICATE OF SERVICE

I do certify that a copy of the above NOTICE OF REMOVAL will be sent by first class mail on April 22, 2019 to:

  Thomas M. J. Hathaway d/b/a Judicial Officer (P14745)
  1441 St Antoine St Room 100,
  DETROIT, MI 48226

*Daniyal Ka Rhi Grady El*
Daniyal Ka Rhi Grady El, In Propria Persona, Sui Juris
Moorish American National, All Rights Reserved at All Times
c/o 2080 Whittaker Road, Washtenaw Territory,
Michigan Republic [48197]
Daniyalkrel@gmail.com

  



## 𝕸𝖔𝖔𝖗𝖎𝖘𝖍 𝕹𝖆𝖙𝖎𝖔𝖓𝖆𝖑 𝕽𝖊𝖕𝖚𝖇𝖑𝖎𝖈 𝕱𝖊𝖉𝖊𝖗𝖆𝖑 𝕲𝖔𝖇𝖊𝖗𝖓𝖒𝖊𝖓𝖙
### ~ 𝕾𝖔𝖈𝖎𝖊𝖙𝖆𝖘 𝕽𝖊𝖕𝖚𝖇𝖑𝖎𝖈𝖆𝖊 𝕰𝖆 𝕬𝖑 𝕸𝖆𝖚𝖗𝖎𝖐𝖆𝖓𝖔𝖘 ~
#### 𝕸𝖔𝖔𝖗𝖎𝖘𝖍 𝕯𝖎𝖛𝖎𝖓𝖊 𝖆𝖓𝖉 𝕹𝖆𝖙𝖎𝖔𝖓𝖆𝖑 𝕸𝖔𝖛𝖊𝖒𝖊𝖓𝖙 𝖔𝖋 𝖙𝖍𝖊 𝖂𝖔𝖗𝖑𝖉
#### 𝕹𝖔𝖗𝖙𝖍𝖜𝖊𝖘𝖙 𝕬𝖒𝖊𝖝𝖊𝖒 / 𝕹𝖔𝖗𝖙𝖍𝖜𝖊𝖘𝖙 𝕬𝖋𝖗𝖎𝖈𝖆 / 𝕹𝖔𝖗𝖙𝖍 𝕬𝖒𝖊𝖗𝖎𝖈𝖆 / '𝕿𝖍𝖊 𝕹𝖔𝖗𝖙𝖍 𝕲𝖆𝖙𝖊'
#### ~ 𝕿𝖊𝖒𝖕𝖑𝖊 𝖔𝖋 𝖙𝖍𝖊 𝕸𝖔𝖔𝖓 𝖆𝖓𝖉 𝕾𝖚𝖓 ~
##### *The True and De Jure Natural Peoples – Heirs of the Land*
##### ~ 𝕴.𝕾.𝕷.𝕬.𝕸 ~

April 22, 2019

To: Denise Page Hood d/b/a Chief Judge,
David J. Weaver, d/b/a Court Administrator/ Clerk of Court

From: Daniyal Ka Rhi Grady EI
Consul of the Moorish American Consulate

In relation to: **Sha'Teina Anahita Lin Grady EI** Ex Rel. [SHATINA LYNN GRADY]

Case number: 19-002313-03-FH


# AFFIDAVIT OF FACT AND ESTOPPEL


NOTICE OF SPECIAL RESTRICTED APPEARANCE.

Title 18 Section 242 makes it a crime for a person acting under color of any law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United States. For the purpose of Section 242, acts under "color of law" include acts not only done by federal, state, or local officials within their lawful authority, but also acts done beyond the bounds of that official's lawful authority, if the acts are done while the official is purporting to or pretending to act in the performance of his/her
official duties. Persons acting under color of law within the meaning of this statute include police officers, prisons guards and other law enforcement officials, as well as judges, care providers in public health facilities, and others who are acting as public officials.

**Notice to principle is notice to agent. Notice to agent is notice to principle.**

  



# 𝕸oorish 𝕹ational 𝕽epublic 𝕱ederal 𝕲overnment
## ~ 𝕾ocietas 𝕽epublicae 𝕰a 𝕬l 𝕸aurikanos ~
### 𝕸oorish 𝕯ivine and 𝕹ational 𝕸ovement of the 𝖂orld
#### 𝕹orthwest 𝕬mexem / 𝕹orthwest 𝕬frica / 𝕹orth 𝕬merica / 'The 𝕹orth 𝕲ate'
##### ~ 𝕿emple of the 𝕸oon and 𝕾un ~
##### *The True and De Jure Natural Peoples - Heirs of the Land*
##### اسلام ~ 𝕴.𝕾.𝕷.𝕬.𝕸 ~ اسلام

Notice of the stopping and stipulations of the constitutional challenge to all Michigan State statues or any other state, where General law affecting private rights shall not be buried in any particular case by special legislation, except with the pre-consent in writing of all to be affected there by.

In all cases affecting ambassadors, other public ministers and consuls and those in which a state shall be party, the Supreme Court shall have original jurisdiction, and all cases before mention the Supreme Court shall have appellate jurisdiction, both as law and to fact with such exceptions, and under such regulations as the Congress shall make. (paragraph 2 Article 3 section 2 US Constitution). By me claiming my natural/ birth rights. court state of Michigan or any other state has no jurisdiction and lack the status to issue me any citation, ticket, warrant and motion of any kind whatsoever which is also protected by the Peace Treaty of 1787 as follows:

### Article 6 of the Treaty of Peace and Friendship between Morocco and the United States

"If any Moor shall bring citizens of the United States or their effects to his Majesty the citizen shall immediately be set at Liberty and the effects restored and in like manner in any Moor not subject of the citizens of America or their effects and bring them into any of the ports of his Majesty they shall be immediately released as they will be considered as under his Majesty's protection."

Page **2** of **4**

  



# Moorish National Republic Federal Government
## ~ Societas Republicae Ea Al Maurikanos ~
### Moorish Divine and National Movement of the World
#### Northwest Amexem / Northwest Africa / North America / 'The North Gate'
##### ~ Temple of the Moon and Sun ~
*The True and De Jure Natural Peoples - Heirs of the Land*

~ I.S.L.A.M ~

18 U.S. Code 1091: **Genocide**

18 U.S. Code 1341: **Frauds and Swindles**

18 U.S Code 1342: **Fictitious names and Address**

18 U.S.Code 1961  : **Racketeering activity: Influenced and Corrupt Organizations  Organizations Act (RICO)**

**Article 2 of the 1948 United Nations Convention on the prevention and punishment Genocide.**

**Article III of the Constitution which covers Diversity of Citizenship.**

- The court must prove jurisdiction over the matter and person.
- The court must address the status of every involved party pertaining to this case.
- The court must show proof of valid contract between the defendant name **Sha'Teina Anahita Lin Grady El** Ex Rel. [SHATINA LYNN GRADY].

  

# Moorish National Republic Federal Government
## ~ Societas Republicae Ea Al Maurikanos ~
### Moorish Divine and National Movement of the World
#### Northwest Amexem / Northwest Africa / North America / 'The North Gate'
##### ~ Temple of the Moon and Sun ~
*The True and De Jure Natural Peoples – Heirs of the Land*

~ I.S.L.A.M ~

I respectfully demand for the Eastern District Federal Court for the United States of America to give the order to Frank Murphy Hall of Justice for the immediate release of the Moorish American National, and Cease and Desist all unconstitutional and unlawful actions and contact against the National, **Sha'Teina Anahita Lin Grady El Ex Rel. [SHATINA LYNN GRADY].** Human Trafficking Corporate Booking# 2019-005276

I affirm this Affidavit to be true and correct, to the best of my knowledge.

I Am: _Daniyal Ka Rhi Grady El_
Daniyal Ka Rhi Grady El, Moorish American National, In Propria persona, Sui Juris
Signature – **Omnia Iura Reservantis**
Northwest Amexem – Northwest Africa – North America – The North Gate
All Right Reserved. At all Times and at all Points in Time. UCC 1-308

**Witness:**

I Am: _____
Mustafa Izz Udeen Grady El, Moorish American National, In Propria persona, Sui Juris
Signature – **Omnia Iura Reservantis**
Northwest Amexem – Northwest Africa – North America – The North Gate
All Right Reserved. At all Times and at all Points in Time. UCC 1-308

I Am: _____
Ninta Ki Gilmore Bey, Moorish American National, In Propria persona, Sui Juris
Signature – **Omnia Iura Reservantis**
Northwest Amexem – Northwest Africa – North America – The North Gate
All Right Reserved. At all Times and at all Points in Time. UCC 1-308

Page 4 of 4

  

# Moorish National Republic Federal Government
## ~ Societas Republicae Ea Al Maurikanos ~
### Moorish Divine and National Movement of the World
### Northwest Amexem / Northwest Africa / North America / 'The North Gate'
### ~ Temple of the Moon and Sun ~
*The True and De Jure Natural Peoples - Heirs of the Land*
~ I.S.L.A.M ~

---

## ARTICLE III CONSULAR COURT
## Moorish American Consulate

*Notice to principal is notice to agent - Notice to agent is notice to principal.*

## WRIT OF HABEAS CORPUS AFFIDAVIT

*ad propri que jurisdictionis*

| | |
|---|---|
| Aboriginal Indigenous Moor and Birthright Heir of the Americas at North America: ) ) ) | |
| Sha'Teina Anahita Lin Grady El ex relatione [SHATINA LYNN GRADY] ) ) ) ) | |
| Creditors/American Nationals/Claimants.) | |
| ~opposing~ ) ) | |
| FOREIGN DEBTOR CORPORATION OPERATOR EMPLOYEES: ) | CORPORATE CASE CONTRACT#: **19-002313-03FH** |
| THOMAS M. J. HATHAWAY BAR# P14745 d/b/a JUDGE FRANK MURPHY HALL OF JUSTICE, ) | |
| A. BULIFANT d/b/a COMMANDER 'COUNTY OF WAYNE' WAYNE COUNTY JAIL, | HUMAN-TRAFFICKING CORPORATE ACCOUNT BOOKING NUMBERS: **2019-005276** |
| WARREN C. EVANS d/b/a SHERIFF 'COUNTY OF WAYNE' WAYNE COUNTY JAIL, | |

TIMOTHY M. KENNY BAR# P23009, d/b/a CHIEF JUDGE   )
FRANK MURPY HALL OF JUSTICE,   )

AMANDA LEIGH CLOOMAN BAR# P80548 d/b/a   )
ASSISTANT PROSECUTING ATTORNEY   )
FOR 'COUNTY OF WAYNE' PROSECUTORS OFFICE   )

ALISA M. SHANNON d/b/a DEPUTY COURT   )
ADMINISTRATOR FOR FRANK MURPHY HALL OF   )
JUSTICE 'COUNTY OF WAYNE',

KRISTEN KEY d/b/a COURTROOM CLERK FOR   )
FRANK MURPHY HALL OF JUSTICE 'COUNTY OF   )
WAYNE',

JERIEL HEARD d/b/a CHIEF/DIRECTOR 'COUNTY OF   )
WAYNE', WAYNE COUNTY JAIL.   )

FOREIGN U.S. CORPORATE RESPONDANTS.

---

## ACTIONS BEING CHALLENGED

## Diversity of Citizenship/Unlawful Detainment

### GROUNDS FOR CHALLENGE TO FRANK MURPHY HALL OF JUSTICE JURISDICTION/AUTHORITY
### (Aborigine being held in violation of the organic Treaty, International Treaty, American Republic Constitution for the Republic Laws of the Land, Government Trusts, Universal Trust.)

### TREATY VIOLATIONS:

Pursuant to the judicial authority of the Moorish National Republic Federal Government to carry into full effect the provisions of the 1786 / 1787 Moroccan Empire Treaty of Peace and Friendship before an Article III Court of competent jurisdiction, and enforce the Constitution For the united States of America 1791 as to the restoration of proper and lawful 'due process' under the organic American Republic Constitutional Law principles; The following being held captive who are NOT U.S./UNITED STATES/United States/Federal citizens; AND NOT 'black' 'negro' 'colored people' 'african american; however, they are aboriginal indigenous Moorish American Nationals:

Sha'Teina Anahita Lin Grady El, In Full Life, In Propria Persona[1] Sui Juris[2] ex relatione [SHATINA LYNN GRADY], and the Moorish American Consulate hereby file this WRIT OF HABEAS CORPUS/COUNTER CLAIM *ad propri que jurisdictionis* AFFIDAVIT.

---

[1] . **In Propria Persona**. In one's own proper person. Pl. 91. Black's Law Dictionary rev. 4th ed. p. 899, 900 (1968)

[2] . **Sui Juris**. Lat. Of his own right; possessing full social and civil rights; not under any legal disability, or the power of an-other, or guardianship. Having capacity to manage one's own affairs; not under legal disability to act for one's self. Story, Ag. § 2. Black's Law Dictionary rev. 4th ed. p. 1602 (1968)

The De Jure Moorish American National declare and command all cases for the said Moorish American National are hereby removed from Frank Murphy Hall of Justice to The Eastern District of Michigan United States District Court.

## ABORIGINE AMERICAN NATIONAL STATUS:

Status[3]: **Sha'Teina Anahita Lin Grady El**, In Full Life, In Propria Persona[4], Sui Juris[5], ex relatione [SHATINA LYNN GRADY]
Islamic Moslem Moor, Aboriginal, Indigenous Moorish American[6] National and Natural Divine Freeholder of this land of America.

**Sha'Teina Anahita Lin Grady El**, domicile in the jurisdiction of their ancestral inherited estate at all times. All rights are reserved at all times; and protected by birthright, treaty, constitution, national trust, and international trusts. This Moor is the Executrix, Grantor, Creditor, Claimant, and Beneficiary of their own vested and vast Estate and the aforementioned municipal "COUNTY OF" WAYNE, and "STATE OF" MICHIGAN CORPORATION's pseudo court operators are but former trustees that ARE NOT AUTHORIZED to 'Subrogate their identities with the fraudulent CAPITALIZED name of ex relatione [SHATINA LYNN GRADY], – which is a legal fiction owned by the UNITED STATES OF AMERICA, Inc., UNITED STATES, FEDERAL RESERVE, FEDERAL RESERVE BANKS, or any franchises or agencies thereof, that are rendered null and void.

## DIVERSITY OF NATIONALITY [7]

**Sha'Teina Anahita Lin Grady El**, being Moorish American lineage, is A Noble freeholder Original Indigenous Autochthonous Moor/Muur[8] of the organic Americas – the Land. By Consanguine Unity and is the descendant of the ancient Moabite Fore-Mothers and Fore-Fathers. and have pledged their National, Political, and Spiritual allegiance to their Moabite / Moorish Nation - being the Archaic Aboriginals / Indigenes of Amexem (the Americas) and stand squarely affirmed upon the Divine and Ancestral Oath to the '**Five Points of Light**' - **Love, Truth, Peace, Freedom, and Justice.** and are by Birthright Heritage, and Primogeniture, the living Beneficiary, Heir, Jus sanguinis [9]and Jus soli (by right of soil) of the extreme far west Al Moroccan

---

[3] . **Status**. Standing, state or condition. Reynolds v. Pennsylvania Oil Co., 150 Cal. 629, 89 P. 610, 612. The legal relation of individual to rest of the community. Duryea v. Duryea, 46 Idaho 512, 269 P. 987, 988. The rights, duties, capacities and incapacities which determine a person to a given class. Campb. Austin 137. A legal personal relationship, not temporary in its nature nor terminable at the mere will of the parties, with which third persons and the state are concerned. Holzer v. Deutsche Reichsbahn Gesellschaft, 159 Misc. 830, 290 N.Y.S. 181, 191. While term implies relation it is not a mere relation. De La Montanya v. De La Montanya, 112 Cal. 101, 115, 44 P. 345, 348, 32 L.R.A. 82, 53 Am.St.Rep. 165. It also means estate, because it signifies the condition or circumstances in which one stands with regard to his property. In the Year Books, it was used in this sense; 2 Poll. & Maitl. Hist, E. L. 11. Black's Law Dictionary rev. 4th ed. p. 1580 (1968)

[4] . **In Propria Persona**. In one's own proper person. Pl. 91. Black's Law Dictionary rev. 4th ed. p. 899, 900 (1968)

[5] . **Sui Juris**. Lat. Of his own right; possessing full social and civil rights; not under any legal disability, or the power of an-other, or guardianship. Having capacity to manage one's own affairs; not under legal disability to act for one's self. Story, Ag. § 2. Black's Law Dictionary rev. 4th ed. p. 1602 (1968)

[6] **American**: n. an Aboriginal or one of the various copper-colored natives found on the American Continent by the Europeans; the original application of the name. Webster's 1828 American Dictionary of the English language and 1936. Webster's unabridged 20th century dictionary. "Some examples will now be cited from the Americas to illustrate the use of 'negro' and 'black' in English as applied to people of American ancestry." Jack D. Forbes: *Africans and Native Americans, Chp.3. Negro, Black and Moor p. 85 ¶ 3*.

[7] **Nationality**. That quality or character which arises from the fact of a person's belonging to a nation or state. Nationality determines the political status of the individual, especially with reference to allegiance; while domicile determines his civil status. Nationality arises either by birth or by naturalization. Black's Law Dictionary rev. 4th ed. p. 1602 (1968)

[8] **Moor**, n More, Maure, L. Maurus a Moor 2. (Hist.) Any individual of the swarthy [dark complexion] races..." [relative to the Albion European] 1895 Noah Webster's International Dictionary of the English Language: being the authentic edition of Webster's unabridged dictionary, comprising the issues of 1864, 1879, and 1884 by Webster, Noah, 1758-1843; "Since moor and moren had also been used for American (Antwerp, 1563, and Brazil, 1550s, 1640s), we can see a pattern where both moor and swart were flexable enough to embrace a broad range of brown to dark brown people." Jack D. Forbes; Africans and Native Americans. Chp. 3. Negro, Black and Moor p. 81 ¶ 3; "I say my client may be a Moor, but he is not a Negro." Abraham Lincoln's case: Dungey v. Spencer (1855) File ID: L00567, as a trial lawyer before president of the UNITED STATES CORPORATION COMPANY. April 17, 1855

[9] **Jus Sanguinis** – Nationality is not determined by one's place born, but having a mother (by blood) who are Nationals of the Nation. 12 **American**: n. an Aboriginal or one of the various copper-colored natives found on the American Continent by the Europeans; the original application of the name. Webster's 1828 American Dictionary of the English language and 1936. Webster's unabridged 20th century

(American) Continents - Land of the Moors Territoria, North America, South America; Central America; including the Adjoining Atlantis Islands (Americana / Ameru / Al Moroc); the Ancient American[12] lands since time immemorial - before 1492 European invasion, colonization, occupation, and birthright theft of our lands and identities.

## FEDERAL QUESTION [10] JURISDICTION:

The corporate "COUNTY OF" WAYNE and "STATE OF" MICHIGAN CORPORATION tribunals lacks all 'Subject Matter' Jurisdiction, as well as, 'Personam' Jurisdiction, and 'Territorial' Jurisdiction claims under Diversity of Nationality Jurisdiction (Constitution for the united States of America 1791, Article III Section 2 Clause 1), and under the Eleventh Amendment limitations. The amount in controversy is over ($75,000) pursuant to Article 1, Section 10, Clause 1 that reads: "but gold and silver coin a tender in payment of debts". Also, the corporate employees of the "COUNTY OF" WAYNE, and "STATE OF" MICHIGAN CORPORATIONs are required to take the [5 U.S. Code § 3331] - Oath of Office and they are Foreign Entities (8 U.S. Code § 1481); the International Organization Immunities Act relinquished every public office of the United States to the United Nations December 9, 1945. The Foreign Private for-profit MUNICIPAL, COUNTY, OR STATE corporate agency pseudo COURTS lack jurisdiction to hear any case under the FOREIGN STATE Definitions (28 U.S. Code § 1603) under the Foreign Sovereign Immunities Act (FSIA). Title 22 USC, "Foreign Relations and Intercourse", Chapter 11 identifies all public officials as foreign agents.

Creditors/Claimants/American Nationals: **Sha'Teina Anahita Lin Grady El**, hold the inherent political Power of the 11th Amendment, which states in part: "The judicial power shall not be construed to extend to any suit in law or equity, commenced or prosecuted by a Foreign State." Municipal, county, or state court lacks jurisdiction to hear any case under the foreign state definitions, coming from the 11th Amendment under the Constitution for the united States. The Eleventh Amendment removed all "judicial power" from the "inferior courts" and the prosecutor's office as well as from all court officers in law, equity, and so forth. The fact that public officials are not citizens, but rather, foreign citizens, all of the cases must be dismissed because the court lacked and lacks jurisdiction to enforce judicial power.

Aborigine Moor, **Sha'Teina Anahita Lin Grady El**, is Non-Domestic, Non-Resident, Non-Subject, Non-Commercial; and ARE NOT dummy corporate entities and CERTAINLY NOT registered with any Secretary of State as A CORPORATION; however, the Corporate Tribunal failed to disclose that the administrative fictional plaintiff "COUNTY OF" WAYNE and "STATE OF" MICHIGAN CORPORATIONs were deceptively appointed as Trustee over all matters dealing with any issue involving the ALL CAPITALIZED Dummy[11]/ Strawman name, and the fictional constructs of ex relatione [SHATINA LYNN GRADY],
– which is a legal fiction owned by the UNITED STATES OF AMERICA, Inc., UNITED STATES, FEDERAL RESERVE, FEDERAL RESERVE BANKS; moreover, meant to defraud the living Man; as to joinder[12] and own - in the commission of involuntary servitude because the DUMMY STRAWMAN is not a living flesh and blood man which is an action under the jurisdiction of the STATE OF EMERGENCY CLAUSE; Public Law 1, 48 stat C1.

---

dictionary. "Some examples will now be cited from the Americas to illustrate the use of 'negro' and 'black' in English as applied to people of American ancestry." Jack D. Forbes: *Africans and Native Americans, Chp.3. Negro, Black and Moor p. 85 ¶ 3.*

[10] **Federal Question.** Cases arising under the Constitution of the united States of America, Acts of Congress, or treaties, and involving their interpretation and application, and of which jurisdiction is given to federal courts, are commonly described as involving a "federal question." McAllister v. St. Louis Merchants' Bridge Terminal Ry. Co., 324 Mo. 1005, 25 S.W.2d 791, 792. Black's Law Dictionary rev. 4th ed. p. 740 (1968)

[11] **DUMMY, n.** One who holds legal title for another; a straw man. Hegstad v. Wysiecki, 178 App.Div. 733, 165 N.Y.S. 898, 900. Space 61/2 feet in width between street railroad tracks. Schroeder v. Pittsburgh Rys. Co., 311 Pa. 398, 165 A. 733. **DUMMY, adj.** Sham: make-believe; pretended; imitation. U. S. v. Warn, D.C.Idaho, 295 F. 328, 330. As respects basis for predicating liability on parent corporation for acts of subsidiary. "agency," "adjunct," "branch," "instrumentality," "dummy,""buffer," and "tool" all mean very much the same thing. owendahl v. Baltimore & 0. R. Co., 287 N.Y.S. 62, 74, 247 App.Div. 14 **DUMMY DIRECTOR.** One to whom (usually) a single share of stock in a corporation is transferred for the purpose of qualifying him as a director of the corporation, in which he has no real or active interest. Ashby
v. Peters, 128 Neb. 338, 258 N.W. 639, 99 A.L.R. 843. One who is a mere figurehead and in effect discharges no duties. Golden Rod Mining Co. v. Bukvich,

[12] **Joinder.** Joining or coupling together; uniting two or more constituents or elements in one; uniting with another person in some legal step or proceeding; union; concurrence. Black's Law Dictionary rev. 4th ed. p. 971 (1968)

## NO JURISDICTION/AUTHORITY FOR CAPITAL CRIMES OF FRAUD AND TREASON:

It is a fact that the Amendatory Act of April 20, 1933 under Executive Order 6111 and as defined in the Banking Emergency Act under Public Law 1, 48 stat, C1 has defined the nonliving DUMMY/DEFENDANT (once deceptively joinder of the living) and the people of the land as "enemies of the state" (i.e., STATE OF MICHIGAN/UNITED STATES) under the Amended Trading with the Enemy Act (1933) under Title 50 Chapter 3 / Public Law 40, stat L 411 as "enemies of their own country." From these facts, any alleged "PLAINTIFF" and "DEFENDANT" being addressed by this CORPORATE PSEUDO COURT is not a natural living person which is the most basic identity as one of the living people unlawfully and unconscionably converted to that of a CORPORATE ENTITY. The living Being had been literally "impersonated" constituting constructive conversion and crime of personage for profit and servitude.

When false charges, colorable codes and color of authority are used in these CORPORATE PSEUDO COURTS, the living Being suffers BARRATRY because of the false presumptions – which are crimes against humanity, and war crimes under the jurisdiction of the Constitutional Article III Moorish
American Consular Court and International Criminal Court (ICC) against the operators of this CORPORATE PSEUDO COURT. Both the TERRITORIAL UNITED STATES which is political - NOT PHYSICAL and derived under treaty, and the MUNICIPAL UNITED STATES which is ROMAN, are foreign entities with respect to the Aboriginal Indigenous Moor, and both of these corporate "United States/UNITED STATES" have created DUMMY/STRAWMAN franchises" for themselves that were named after the living Being written in ALL CAPITALIZED letters.

Whereby, the "STATE OF MICHIGAN" BAR ASSOCIATION fail in providing due process as required by de jure Law; pursuant to the Constitution For the united States of America 1791. The alleged "STATE OF MICHIGAN" PLAINTIFF is NOT living, nor a real injured party, but the CORPORATE PSEUDO COURT operators are unlawfully and fraudulently moving forward without authority as if crimes against the state were committed. This can only mean that the DUMMY/STRAWMAN/DEFENDANT CORPORATE ENTITY construct is being charged as an "enemy of the state" under "war crimes". This living Aboriginal Woman have been kidnapped for profit and being persecuted by the non-jurisdictional foreign private for-profit corporate "COUNTY OF" WAYNE and "STATE OF" MICHIGAN fictional entity operators without authority and without the living Woman having committed any crime. However, are being denied due process of de jure Law under the constitutional requirements of this Moroccan Empire.

## REVERSIONER

Aborigine Moors, **Sha'Teina Anahita Lin Grady El**, - the living, sentient woman and rightful Heir, are not lost at sea; and by birthright, Affirm and Declare by Right of 'Reversion of Estate' and therefore make no claim with respect to the title and misrepresented *(name / Man-of-Straw and nom de guerres: [SHATINA LYNN GRADY] - being a title)* and the spurious creations of the foreign, de facto UNITED STATES CORPORATE OPERATORS, actors, and owners; and surrender and assign any and all 'Reversionary Interest' to the foreign United States and its subsidiaries for full 'Acquittance Discharge Settlement' and 'Closure' of any reliance; Title 12 USC 95a, part 2. There is no assumed, presumed, and/or no liabilities or debts however contrived among the foreign corporate associates, and there is never consent by any Moorish American whatsoever to stand as 'Surety' for the foreign, private, and for-profit, UNITED STATES INCORPORATED / U. S. CORPORATION COMPANY entity owners, directors or their administrators; Moors never stand as 'Surety' for its subsidiaries or its associates at any point, or moment in time.

## LAWFUL COMMAND SUPPORTING DOCUMENTS

https://www.moorishamericanconsulate.org/public-notices:
SECTION 1: 2018-10-06 International Writ of Removal with Arrest Commands

SECTION 2: 2018-06-09 Notice of Existence of the Moorish American Consulate at Northwest Amexem

SECTION 3: 1786/1787 Morocco Empire Treaty of Peace and Commerce between the Moorish Empire and the United States Government Services Corporation

SECTION 7: <u>MACN-R999999999 Declaration of Trust of the Moorish National Republic Federal Government</u>

SECTION 7: <u>MACN-R333333333 Declaration of the Moorish Divine and National Movement of the World</u>

## **RELIEF**

PURSUANT TO THE UNITED NATIONS VIENNA CONVENTION ON CONSULAR RELATIONS, THE MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT AS SENDING STATE, AND THE MOORISH AMERICAN CONSULATE; NO CORPORATE ACTORS CAN REPRESENT MOORISH AMERICAN NATIONALS. COMMAND FOR RELEASE OF THE ABORIGINE MOORISH AMERICAN NATIONAL— UNHARMED AND RESTORE ALL OF HER BELONGINGS AT NO CHARGE WITH NO FURTHER PURSUIT. ALL CHARGES ARE TO BE DROPPED AND COMPLETELY EXPUNGED, REMOVED AND ERASED WITH PREJUDICE.

**Whereby,** I Aborigine Moor/Muur, Daniyal Ka Rhi Grady El being part and parcel named herein, and by birthright, promogeniture, and inheritance, make a lawful entry of affidavit and Public Notification of Lawful Claim and Declaration to be published for the Public Record.

**Chronos:**   Day: <u>Twenty Second</u>   Month: <u>April</u>   Year: [2019] <u>1439 [MC]</u>

I Am: _____
Consul/Minister Daniyal Ka Rhi Grady El Free Moor / Muur Northwest Amexem – Northwest Africa – North America – The North Gate Moorish Divine and National Movement of the World Moorish American Consulate North East Territory

Witness:
I Am: _____
Nintu Xi Gilmore-Bey, Moorish American National, In Propria persona, Sui Juris
Signature – **Omnia Iura Reservantis**
Northwest Amexem – Northwest Africa – North America – The North Gate
All Right Reserved. At all Times and at all Points in Time. UCC 1-308

I Am: _____
Mustafa Izz Udeen Grady El, Moorish American National, In Propria persona, Sui Juris
Signature – **Omnia Iura Reservantis**
Northwest Amexem – Northwest Africa – North America – The North Gate
All Right Reserved. At all Times and at all Points in Time. UCC 1-308

I Am: _____
Rabbanni Jundesaleh Mudathir Bey, Moorish American National, In Propria persona, Sui Juris
Signature – **Omnia Iura Reservantis**
Northwest Amexem – Northwest Africa – North America – The North Gate
All Right Reserved. At all Times and at all Points in Time. UCC 1-308

*Omnia Iura Reservantis Semper*

*"Amen, dico vobis, quæcumque alligaveritis super terram erunt ligata et Ego in caelo et quaecumque solveritis super terram erunt soluta et in caelo"*

# EXHIBIT A

**Statement of Facts**

Concerning Case number  14 - 002313 -03 F14

Sha'Teina Arabia Lin Grady E. **Ex Rel: [SHATINA LYNN GRADY]**

On March 9, 2019 at approximately 12:40 pm in our personal conveyance, that we use to travel in from point to point in the course of life was unlawfully stopped by police (corporate agents) from the CANTON TOWNSHIP POLICE DEPARTMENT with lights flashing as if it was an emergency. All three Moorish Americans traveling in our personal conveyance had on our Religious/National Headdresses at the time which made them racially profile us to run the plate for no reason at all. When we asked had we committed a crime, the corporate agents said it was for an improper plate on car. The policy enforcers asked for a driver's license and registration, we told them we were Moorish Americans traveling on our own ancestral land and we did not need those commercial instruments because our automobile does not operate in commerce posted on back window along with supreme court cases that outlines our Natural Rights. The Constitution for the united states of America 1791 the Supreme Law of the Land, our Treaty of Peace and Friendship 1786 and all the Supreme court cases that protects and secures personal liberty and that the **PUBLIC SERVANTS TOOK AN OATH TO**. The corporate agents asked did we have Identification in which we willingly showed our Nationality cards. Corporate agents called for backup, from the other agents, the rest of the gang of bandits surrounded our automobile and started putting gloves on, at this point we knew they were trying to violate us. One of the gang of bandits came back and said Sha'Teina El had 4 warrants, from TAYLOR in a fictitious name **18 U.S. Code 1341: Frauds and swindles, 1342 Fictitious name or address [SHATINA LYNN GRADY], [DANIEL EUGENE GRADY] or any other spelling of. No** one presented any physical piece of paper showing proof of such (War Rants) to support such an allegation. The agents surrounded the car at this point and had on gloves. Thereafter, they were asked to call a SHERIFF. One corporate agent stated that he would but instead they came and broke front right-side front  window where Sha'Teina El was sitting without warning, cutting Sha'Teina El on the hand, they reached in snatched off her religious headdress/turban, opened right front side door and proceeded to snatch with excessive force Sha'Teina El Natural Person, in Proprio Persona, Sui Juris, Proprio Solo (on one's own land), jus soli and jus sanguinis, out of the Personal Conveyance, immediately throwing her to the ground and pouncing on her like a gang of thugs, pinning her down with knees in her side, chest, legs being held down with an agents right hand chocking her pinning her to the ground. Videos of incident was taken by multiple people including Walmart security cameras some which is on Facebook. Meanwhile Tribal [family] members came to pull corporate agents off Sha'Teina El, using excessive force against a woman. I, Daniyal El was still in the automobile recording Tribal members, Ann Diggins and Derreon Baker **Moors** by birthright were slammed to the ground in a violent manner. No proof of warrant was ever showed by any CORPORATE ENFORCERS. **Miller V United States, 230 f.2d 486** (5ᵗʰ **Cir. 1956**). How could I, Daniyal El obstruct corporate agents if I never left the conveyance until the agents threatened to kidnap me. Fearing for my life, I locked the door and the corporate agents broke the left front window. Thereafter, I got out without resistance asked why I was being arrested and was told for improper plate on conveyance. I informed agents that was a non-arrestable offense, that's when they snatched off my religious headdress/turban and took me to jail without reading me my Miranda Rights.

I was denied a copy of all pleadings, summons, warrants, orders, etc to the case by the clerk's office on March 26, 2019. I was told that the only documentation available was a Register of Action (which is included).

During visits to the court in support of my consort, bailiffs have taken pictures of my license plates and followed behind me in unmarked vehicles.

My Consort, _____ Grady El have been kidnapped since March 09, 2019.
The 35ᵗʰ District Court did not record Notice of Removal when filled on March 29, 2019 at 10:39 am
The guards in the Wayne County Jail refused to tell her the name of the person D.B.A. Judge at Frank Murphy Hall Of Justice.

On March 21, 2019, a Violation Warning was emailed to public servants from the Canton police department and magistrates from the 35ᵗʰ district court.

On March 21, 2019, the following documents were filed with the 35ᵗʰ Court Clerk:
- Cover Letter
- Weaponized Peace Statement
- Extraction
- Nationality Card
- Declaration of Nationality Name Correction
- Writ of Removal w/ Notice of Intent to Lien

- Writ of Right to Travel
- Certified Copy of Treaty of Peace and Friendship
- Notice of Consulate
- Affidavit of National Trust
- Affidavit of International Trust

On March 27, 2019, A Writ of Estoppel was filed with the 35ᵗʰ District Court

**MARCH 28, 2019: THIS NOTICE OF REMOVAL WAS FILED WITH THE 35ᵀᴴ DISTRICT COURT BY WAY OF WALK-IN WITH CLERKS FILING STAMP AFFIXED TO EACH PAGE AS PROOF OF NOTICE.**

**APRIL 2, 2019: THIS NOTICE OF REMOVAL WAS FILED WITH THE FRANK MURPHY HALL OF JUSTICE BY WAY OF WALK-IN WITH CLERKS FILING STAMP AFFIXED TO EACH PAGE AS PROOF OF NOTICE.**

Video links of violations:
https://youtu.be/s7IcsSVRDVM
https://youtu.be/aLInsy_abWI

I certify that the foregoing information stated here is true and correct to the best of my ability and entered in honor. *Autograph:* ~~Danuel Ka Phi Dudy~~ *Date:* 4-3-1



# Moorish American Consulate
## Moorish Worldwide Consulates

*Embracing, Enforcing and Exalting the 1781 Constitution for the United States of America and the Binding Treaties*

Consular General Taj Tarik Bey and Co-Consular General Shalamoor Bey

# Notice Of Public Records Status Correction
## International Document

25 Dhu al - Hijjah 1438 MCV [25 December 2018 CCY]

### For the Record, To Be Read Into The Record
### Notice to Agent is Notice to Principle – Notice to Principle is Notice to Agent.

This International Correspondence and Public Notice is hereby presented and forwarded to you relative to the corrected appellation and proclaimed Nationality, which affirms the political status and allegiance to my Ancestral Estate and Ancient Principals of Government, in harmony with the American Constitution 1791.

You are hereby given honorable Notice. This correction is made in accord with the Five Principals of Amare [Love], **Veritas [Truth], Pax [Peace], Libertas [Freedom] and Iustitia [Justice]**, exercising my natural Substantive Rights and Religious Heritage; is self-executing.

This declaration and proclamation also stands as verification that the following Moorish American Nationals have sent verification of their status correction to the Moorish American Consulate, Moorish National Republic Federal Government and their record numbers are also listed below.

| | |
|---|---|
| Daniyal Ka Rhi Grady El | MACN000000538 |
| Sha'Teina Anahita Lin Grady El | MACN000000539 |
| Charity Amariyae Mariah Kay Grady El | MACN000000540 |
| Daniyal Isaiah Akhari Grady El | MACN000000541 |

Attached is the Lawful Notice! Name Declaration, Correction Proclamation and Publication and the International Judicial Notice and Proclamation.

In Honor Always,
J Am: *Sharon Tracey Gale Bey*
Sharon Tracey Gale Bey, Regional Consul of the Northeast
**Mohammedan Vizir [Judge], Northwest Amexem**
**Consular Court Restoration Development Team**
Flesh and Blood Being, *Omnia Iura Reservantis*
Without Recourse, With Prejudice, Northwest Amexem

POOR QUALITY ORIGINAL

"Amen, dico vobis, quæcumque alligaveritis super terram erunt ligata et Ego in caelo et quaecumque solveritis super terram

**UPLIFTING FALLEN HUMANITY**

www.MoorishAmericanConsulate.org – MoorishAmericanConsulateNE@gmail.com
Care of 444 East Township Line Road, Box 712, Near. [Havertown, Pennsylvania Republic] ZIP EXEMPT

# THE DECLARATION FOR THE NATIONALITY; THE RELIGIOUS CREED.

## MANDATORY FILING - TITLE 28 U.S.C. § 1746

*The Indigenous Trust Instrument Authorized by the Grantors – the Dunival, El and Sah'Teina, El for the present and the future well-being for the Beneficiaries of the Grantors – the mate, the daughter, the son, the man, the woman Authorized by the Grantors.*

*28 U.S. Code § 1746 - Unsworn declarations under penalty of perjury – "Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form; (1)  If executed without the United States. "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date).  (Signature)". (2)  If executed within the United States, its territories, possessions, or commonwealths, "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date). (Signature)".*

POOR QUALITY ORIGINAL

*AFFIDAVIT TO CORRECT THE RECORD*

  

## SOCIETAS REPUBLICAE ESTADOS AL MAURIKANOS

*The Original People with the America; The Heirs for the Ancestral Estate with the*
*Magrib Al aqca -- The North America - 54.5260° N, 105.2551° W; The South America - 8.7835° S, 55.4915°*
*W; The Central America - 12.7690° N, 85.6024 °W,*

### LEGAL NOTICE!

### DECLARATION OF NATIONALITY, NAME CORRECTION, PROCLAMATION AND PUBLICATION

*To all Elected United States Republic Officials and Public Servants of Federal, State, City, and Municipal Government, Personnel and Corporate Entities; Concerning the Constitution and all Statutory and Civil Law Codes of the Land, etc. Know all Men by These Presents:*

*I, Am, __Duniyal-Ka-Rhi-Grady: El: The Father__ and: __Sah'Teina-Anghita-Lin-Grady: El: The Mother__, being, and, sui juris standing squarely, Declare, and Proclaim, upon Divine Law, Nature's Law, Universal Law, Moorish Birthrights, and natural Law and Constitutional Law, Declare and say:*

*I: __Duniyal-Ka-Rhi-Grady: El: The Father__ and __Sah'Teina-Anghita-Lin-Grady: El: The Mother__, hereby declare that I am to be a national but not a citizen of the United States"*

*I, I, my, previously Identified by the Union States Society of North America -- U.S.A. under the colorable, Vassal-ship name "DANIEL EUGENE GRADY"©**, and "SHATINA LYNN GRADY"©**, do hereby refute the Fraud, make, Public and Publish my Corrected National Name; Declare and Affirm my true, Proper Person Status; and reclaim my Rightful Social and Political role of the State, in accord, with my Ancestral Moorish Nation of Northwest Amexem -- North America, exercising my Sovereignty, Having Lawfully and Legally Obtained and Proclaimed my Nationality and Birthright, Name and Title, in agreement with, in association with, and in Accord with Divine Law, the Customs, and the Laws, Rules, and Usages of the Zodiac Constitution; being Aboriginal and Indigenous, and bound to the North American Continent by Heritage, by Primogeniture, by Birthright, by Natural Birth, by Freehold, and by Inheritance. Declared for the Public Record, I am renouncing as a foreigner, as a slave, and as being misnomer back to the Colonial possessors of its pedigree; I am now Rightfully Declaring; Publishing and; Proclaiming my own True National Name; Affirming my Actual, Rightful and Civil, In Full Life' Status, I ordained to my free Moorish American Consanguine Pedigree and National Honor; Let it be Declared, Known, Published, and Resolved that I, me __Duniyal-Ka-Rhi-Grady: El: The Father__ and __Sah'Teina-Anghita-Lin-Grady: El: The Mother__, In Propria Persona Sui Juris, being In my own proper person, by birthright, an Inheritance WITHOUT THE FOREIGN, IMPOSED COLOR OF LAW OR ASSUMED DUE PROCESS of the Union States Society, pursuant to, but not limited to:*

   *1. FREE MOORISH-AMERICAN ZODIAC CONSTITUTION*
      *(Zodiac Consuetudo and Birthrights of the Moorish Americans: Being Ali, Bey, El, Dey and Al). Article two (2), Paragraph two (2)*

   *2. UNITED STATES REPUBLIC DEPARTMENT OF JUSTICE*
      *Moorish American Credentials: AA 222141  TRUTH A-1*

   *3. UNITED STATES SUPREME COURT SUPREME LAW -- Law of State*

   *4. UNITED STATES CONSTITUTION; Article (4) (4), Section two (2), Amendment  (5) (Liberty clause, and Amendment IX (9) (Reservation of the Rights of the People)*

   *5. RESOLUTION  NUMBER SEVENTY-FIVE, (75) Dated April 17, 1933 A.D. "MOORISH AMERICAN  RIGHT", In PHILADELPHIA AND THE USE OF THEIR NAMES*

   *6. UNITED'G  DECLARATION OF HUMAN RIGHTS -- UNITED NATIONS -- RIGHTS BY SELF-IDENTIFICATION*

POOR QUALITY ORIGINAL

*AFFIDAVIT TO CORRECT THE RECORD*

*RIGHTS OF INDIGENOUS PEOPLES — UNITED NATIONS GENERAL ASSEMBLY - Part 1, Article 4*

I, **Daniyal-Ka-Rhi-Grady: El; The Father** and **Sah'Teina-Anahita-Lin-Grady: El; The Mother** by Divine Right, International Law, and the Rights of the Child claim our children and future children ever to be born as our heirs. I, **Daniyal-Ka-Rhi-Grady: El; The Father** and **Sah'Teina-Anahita-Lin-Grady: El; The Mother** revoke and make void all contracts that we made on behalf of our children as their mother and father without full disclosure to (Birth Certificate, Social Security). The Child ensure us have they ever been with our full consent with full disclosure given to State Actors pretending to be Private Citizens acting as UNITED STATES INC. and the District of Columbia Act 1871. The children are Aboriginal to North, South, Central America, and thus are to be respected, their culture appreciated, and left to the crown right to life, freedom, lands and the rights of inheritance to their vast estate by law.

Township Name                                              Relevancy/Title of Nobility
Grantor   CHARITY MARIAH KAY GRADY™®                       Charity-Aruariyae-Mariah-k-Grady: El
Seal   CHARITY MARIAH KAY GRADY™®                          Daniyal-Isiah-Akhari-Grady: El

Wherefore, I : **Russhaon Lucien Purusha Bey; The Father** and **Djali Shirley Bey; The Mother**, being Party and Principal hereon, and by Birthright, Primogeniture and inheritance make a Lawful and Legal Entry of 'Status Land, Public Notice, and Nationality Proclamation, Name Correction Claim, Declaration, Affirmation, and Implication, thereunto Inherited, on the Public Record

Upon an inherited Nobility, and upon my Private Aboriginal / Indigenous, Proper Person Status and Commercial Liability, I : **Daniyal-Ka-Rhi-Grady: El; The Father** and **Sah'Teina-Anahita-Lin-Grady: El; The Mother**, being duly Affirmed under the Aboriginal Entity pledge my National, Political, and Spiritual Allegiance to the Moorish National of Aboriginal Indigenous North America being the ancient Aboriginals, Indigenous of Amexem (the Americas) standing squarely affirmed upon my Oath to my 'Family' Five Points of Light — Love, Truth, Peace, Freedom, and Justice do squarely Affirm to tell the truth, the whole truth and nothing but the truth, and having knowledge and firmly / established belief upon the historical, lawful, and adjudicated facts stated herein. Being competent, in My Own Proper Person to Attest to this Affidavit upon which I place my Signature Thereon. I State, Proclaim and Declare the following to be true, correct, certain, complete, not misleading, surname, and not intended to be presented for any misrepresented, 'colored' or improper use or purpose, to wit:

**Fact 1 : Daniyal-Ka-Rhi-Grady: El; The Father** and **Sah'Teina-Anahita-Lin-Grady: El; The Mother**, by a Noble and a scion of the old Moroccan Empire (North America) In Propria Persona (my own proper self), being a Descendant of the Ancient Moabites/ Moors, by Birthright, Freehold, Primogeniture and inheritance being Aboriginal and Indigenous to the Land of Amexem / Americas; Rectification of my Ancient Moabite / Moorish Fore-Mothers and Fore-Fathers ... to wit:

The .. I Moor on American Continents ... are the Land of the Aboriginal peoples in Moorish Descent, being North America, South America / Central America; including the adjoining Islands Americana / Ameru / Al Moroc/, I have, acknowledge, claim, and possess by said Inheritance and Primogeniture, the Freehold Status thereof, all Unalienable and Substantive Rights, to the Inalienable ... and to Act, distinct to my Aboriginal Customs and Culture, it is determining me on a political, social, civil, ceremonial, ... to the 'Law,' Turning my heart and mind back to my Ancient Mothers and Fathers / Ancient Moors. By Law, as my 'Nature' and I Being of Moorish Descent, we have and possess the internationally recognized Rights to determine our own Status, by the in the absence of threat, coercion, or acquiescence to a Color of Law, a Color-at-Office, not to be subjected to an improper Color of Law ...

**Autochthon Peoples of Maarish Descent** Have, Proclaim and Possess the Unalienable, Substantive Rights and Birthright - Inheritance to our Ancient Names and Nationality by Nature's Laws, Divine Law, Primogeniture, and the Inherited Laws of the Nations of the Earth, (International), Being the true, Ancient, Aboriginal / Indigenous to the Land of Amexem / North, being the heart-land of the Moroccan Empire, Moors / Maars are the De Jure Freeholders by Birthright, Inheritance and Primogeniture Status; and have, Claim and Possess the Secured Rights to Travel upon the Public Roadways, Byways and Highways of our Continental United States (the Organic Land) absent of foreign 'colored' or 'tainted' under location constructs invented, by the racketeering States' Legislators, to abridge and steal Rights belonging to the National

POOR QUALITY ORIGINAL

2

POOR QUALITY ORIGINAL

*AFFIDAVIT TO CORRECT THE RECORD*

...ples. These Substantive Rights are supported by, and asserted by, Bar at Law, Moorish Law, Moorish Muslim Law, The Law of the Great Peace, The Laws of Nature, Divine law, Nature's God, the Laws of Nations, The Free Moorish Great Seal Indian Constitution, and Affirmed by Articles IV and VI of the Constitution Covenant of 1774 – 1781 (19 – 1261 M.C.) as a ''Bona Fide'' Supreme Law of the Land, to secure the Rights of the People, and to keep Government Bound and in check by Oath, and by Official Bond ''Down from the Ancients Ones, are Promulgators, comes the Supreme Laws of the Land.''

*Egypt:* The Capital Empire of the Dominion of Africa. The Inhabitants of Africa are the Descendants of the Ancient Canaanites from the Land of Canaan. The Moabites from the Land of Moab who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa; they were the Founders and are the true possessors of the present Moorish Empire. The Indian, Amalekite, Hittite and Amorite brethren who sojourned from the Land of Canaan seeking new homes. Their Dominion and Inhabitation extended from North-East and South-West Africa, across the great Atlantis even unto the present North, South and Central America and also Mexico and the Atlantis Islands; before the great earthquake, which caused the great Atlantic Ocean.

*The Great Seal Pyramid* is the National Emblem and Insignia of the Ancestral Moorish Nation / Empire of North America (geographical location). The Great Pyramid is also the archaic symbol for Civilization on the planet Earth. The honorable ''Stars'' acknowledgement of our ''Great Seal'' indicates those Stars who own up to, who support, and who proclaim our Free National Government. Moors who are ''Active'' and NOT ''Passive'' in the Social, Civilization, Culture and Custom matters involving Law, Order and Governmental Principles, are hereby entrusted to support this Affirmation. Moors / Muurs who serve are doing so with honor, and are entrusted by, El Hajj Shariff Abdul Ali (Noble Drew Ali), to help in the great humanitarian work of... being ourselves our subset-man, and humanity at large. We seek, at all times, to be conscious of the works, instructions and admonitions to teach, preserve and defend the Birthrights of All Moorish Americans (Al Moroccans), etc.

*The Birth descendants of Moors / Muurs (Heirs Apparent) are the Natural Members / Citizens of the sovereign Al Moroccan Nation / Empire, women and are duty-bound to recognize and to support our ''Great Seal'' Government and Nation of the Nations of the land, and to advance the enforcement of our Constitution. Thus, such organized communication Orders are referred to as ''The Free National Association of Moorish Affairs / The Free Moorish Nation - inclusive of all the Aboriginal / Indigene Tribes and Provinces of the Natural People, etc., are the rightful heirs of the Names and Tribes, Ali, El, Bey, Dey, El and all future titles created. The Free Moors / Muurs, by Freehold Inheritance, retain All Substantive Rights and Immunities, enjoy All... to our ''Substantive Rights, and operate upon consummated, Rightful / Lawful Principles, having vested Constitution... Rights and Immunities from TAXATION, and from Criminal and Civil Jurisdiction by and of the Union States Rights, as relate to Seat, pursuant to, but not limited to, the United States Republic Supreme Court, and the Acts of State, etc. [...]

*Every Sovereign State (People) is bound to respect the independence of every other Sovereign State (People) and the courts of one country (People) will not sit in judgment on the acts of the government of another, done within the same territory...*

*The present Union States Municipal and Civil Laws and codes of the Land are an incorporation and close proximity established by the political powers of the ''General Assembly'' of each State of the Union, and initiated at ''Philadelphia, Pennsylvania, North America, in the year Eighteen fifty-four (1854). It governs ONLY the rights and conduct of ''WHITE PEOPLE'', Christians and Jews, of the Eighteen sixty-three (1863) Union States Rights Republic under the Magna Charta / Charters, the Knights of Columbus Code, and the Ku Klux Klan Oath. Forever said Union States Rights Republic denies citizenship in the United States Republic (U.S.) to the descendants of the Moorish Nation in the Western Hemisphere, erroneously referred to, and ''branded'' and mislabeled as, Negroes, Blacks, Coloreds, and African Americans, etc., as the sole decision, the Supreme Court of the United States (in the landmark cases of ''Dred Scott v Sandford'' 60 US 459 Howard 393... held that Negroes - whether hold to slavery or free - were not included and were not intended to be included in the category for Citizen subjects of the Union States Rights Republic. Resultantly, the True Indigene Nobles of the ''Al Moroccan... and others, Moors, bearers of the Names / Titles, Ali, El, Bey, Dey and al, are excluded from the Union States Rights Republic (U.S.) jurisdiction. The True Nobles of the Al Moroccan Empire are Indigenous, Private, and Self-Governed by Right-Law principles and customs, and ONLY Obligated to the Free Moorish Zodiac Constitution - (Circle 7 - archaically established) and the Indian / Law Mother and Foremothers. Such extended allegiance and obligation includes ''The Great Seal and the Five Pointed Star and Moorish Standards, embodied in the Moorish National Flag (Standard) - Love, Truth, Peace, Freedom, and Justice. The Free Al Moroccan Noble Indigenes of the Land maintain a Constitutional and lawful, NON-OBLIGATORY relations and position, relative to ''FOREIGN ENTITY TAXATION. Indigenes ''in Transit'' and maintain a NON-OBLIGATORY...

*[illegible] for the Union States Rights Republic (U.S.A.), its members, its laws, its ordinances, its codes, [illegible] and its traditions pursuant to: The Free Moorish American Zodiac Constitution - Articles IV and VI; The Treaty of Peace and Friendship Between the United States and Morocco -Seventeen Eighty-Seven (1786) - superseded by the Treaty of Eighteen Thirty-Six (1836); Resolution 75 Journals of The House of Representatives, United States - April 17, 1933 A.D. - Moorish American Society of Philadelphia and the Use of Their Names; The United Nations* ***"Declaration of the Rights of the Child"*** *General Assembly Resolution 1386 (XIV), 14 U.N. GAOR Supp. (No. 16) at 19, U.N. Doc. A/4354 (1959); The United Nations* ***"Universal Declarations on Human Rights"*** *Article XV, General Assembly Resolution 217 A (III) of 10, December 1948 A.D.;* ***"Executive Order 13107"*** *United States Republic, North America -The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX - Reservation of the Rights of the People; The United States Department of Justice Moorish Credentials; Free Moorish Zodiac Constitution, Truth A-1 Classified, The United States Copyright Certificate Number A 1??2141 Clock of Destiny, The Moorish Nationality and Identification Card, Moorish Holy Temple of Science / Moorish Science Temple Identification Card, etc.*

*Furthermore I Assert My full Birthrights - Nationality and Substantive Rights and claim to Hereditaments - Being an [illegible] of America (Natural Being) pursuant to: Moabite / Moorish Pedigree, The Free Moorish Zodiac Constitution; The Great Seal of the Moorish Nation (Ab Antiquo); The Treaty of Peace and Friendship - 1786 / 1836; The Sundry Free Moors Act [illegible]; The 1791 Organic United States Constitution; The Moorish Federal Financiers Act (Union States Army) [illegible] [illegible] Roman Catholic Magna Charta, the Knights of Columbus Code; the Ku Klux Klan Oath; The United Nations Charter, [illegible] The Rights of Indigenous People Part I, Articles 1, 2, 3, 4, 5; Part II Article 6; The United States Supreme Court [illegible] of State; The foreign Sovereign Immunities Act 28 USC 1601, et Seque.; The Convention on International Road Traffic [illegible] 19, September 1949; The World Court Decision, The Hague, Netherlands - Dec 21, January 1958 A.D. [illegible] In [illegible] the Rights of the Natural People and Substantive Rights, etc.; the following are pertinent Supreme Court Decisions [illegible] to wit:*

[illegible] *The Right to Travel; The Right to Mode of Conveyance; The Right to Locomotion are all Absolute Rights, and the Police [illegible] make void the exercise of Rights.* ***State v. Armstead, 60 s. 778, 779, and 781;***

2. *The use of the highways for the purpose of travel and transportation is not a mere privilege, but a common and fundamental Right of which the public and Natural Beings cannot be deprived.* ***Chicago Motor Coach v. Chicago 337 Illinois 200, 169 NE 22, ALR, Ligare v. Chicago 139 ILL. 46, 28 HE 934, Boone v. Clark 214 SW 607, 25 AM jur (1st), Highways, sec. 163;***

3. ***The*** *Right to Park or Travel is part of the Liberty of which the Natural Person, citizen cannot be deprived without due process of law under the 5th Amendment of the United States Constitution.* ***Kent v. Dulles 357 US 116, 125;***

4. ***The*** *Right of a citizen to Travel upon the public highways and to transport one's property thereon, either by carriage or automobile is not a mere privilege, which a City may prohibit or permit at will, but a common Right which he has under the Right to Life, Liberty, and the Pursuit of Happiness.* ***Thompson v. Smith 154 SE 579;***

5. *State Police Power extends only to immediate threats to public safety, health, welfare, etc.,* ***Michigan v. Duke 266 US, 476 Led. at 449;*** *which driving and speeding are not.* ***California v. Farley Ced. Rpt. 89, 20 CA3rd 1032 (1971);***

6. *The State is prohibited from violating Substantive Rights. [illegible] and [illegible] power (eg. Police Power), that which is, for example, prohibited expressly to any other such power (eg. Taxation, Eminent Domain) as a matter of Law.* ***US and UT v. Daniels, 22 p 159,*** *nor indirectly that which is prohibited to it directly.* ***Fairbanks v. US 181, US 283, 294, 300;***

7. ***Traveling*** *in an automobile on the public roads was not a threat to the public safety or health and constituted no hazard [illegible] automobile, and such a traveler owed no other duty to the public (eg. the State); he / she and his / her auto, having equal rights [illegible] on the roadways / highways as horses and wagons, etc.; this same right is still Substantive Rule, in that speeding, running stop signs, traveling without license plates, or registration, are not threats to the public safety, and thus, are not [illegible] offenses.* ***Christy v. Elliot, 216 I 131, 74 HE 1035, LRA NS 1905—1910; California v. Farley 98 CED Rpt. 89, 20 CA 3d 1032 (1971);***

8. ***Under*** *the United States Republic's Constitutional system of Government and upon the individuality and intelligence of*

*AFFIDAVIT TO CORRECT THE RECORD*

own citizen; the State does not claim to control one's conduct to others, leaving him the sole judge as to all that affects himself. *Mugier v. Kansas 1213 US 623, 659—60;*

9.  Where Rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them. *Miranda v. Arizona 384 US 436, 125;*

10.  The exercise and enjoyment of Constitutional Rights cannot be converted into a crime. *Miller v. Kansas 230 F 2nd 486, 489;*

11.  For a crime to exist, there must be an injured party (Corpus Delicti). There can be no sanction or penalty imposed on one because of his Constitutional Right. *Sherer v. Cullen 481 F, 945;*

12.  If any Tribunal (court) finds absence of proof of jurisdiction over a person and subject matter, the case must be dismissed. *Louisville v. Motley 211 US 149, 29S, CT 42, "The Accuser Bears the burden of Proof Beyond a Reasonable Doubt".*

13.  Lack of Federal Jurisdiction can not be waived or overcome by agreement of parties. *Griffin v. Matthews, etc. Supra 341, 342 (1969); and "Want of Jurisdiction may not be cured by consent of parties." Industrial Addition Associate v. C.I.R.. 323 US 310, 313.*

Whereas, in light of the foregoing Jurisprudence 'Stare Decisis' Supreme Court Decisions, Facts, and Law, and counter to the negative and 'colorable' social conditions instituted by State Persons of the Union States Society, there exists a blatant 'WANT OF JURISDICTION' on the part of the Union States Rights Republic (U.S.A.), its agents, personnel, contractors, and persons, actions are legally in force under National and International law attending these issues. And this Affiant (National Person – In Propria Persona) does not waive any rights, does not transfer power of attorney; and does not willingly consent to any public trial or hearing in any 'colorable' tribunal venue or non-Article III, unconstitutional jurisdiction. The Official Oaths, the Obligations, and the Fiduciary duties of all swearers and bound 'claimants' to National Law and Order, Arbitration Principles fixed in Constitution Law, still stands. Definition and Truth still Rules. NON-COMPLIANCE is a Federal and International offense.

Whereas, there is no question that a 'Bench' Appearance Summons, Detention, Arrest and Ticket or Citation issued by a Policeman or others for traveling with no commercial driver's license design driver's license not having surety, or operating a motor vehicle, automobile, or vehicle under a day or toll times is a penalty or sanction on an individual or someone exercising to his Substantive Rights. It is reasonable to assume that these Supreme Court Judicial declarations sought and it is patent that there is no lawful method for government to put restrictions or limitations on Rights belonging to the People.

That the Organic United States Republic Constitution (derived from Ancient Moorish / Moorish Law) is amend. "The Supreme Law of the Land"; And all Treaties made, or which shall be made, under the Authority of The United States, Pursuant to United States Code, Title 4, Chapter 1. Any law that is Repugnant to the Constitution, and repugnant to the "Colorable" and is Null and Void. Marbury v. Madison 5 US 137, 174, 2, 60 (1803). Any Municipal Officer, Person, Agent, Employee or Contractor who violate the Rights of the People or Citizen, are subject to suit in their personal and corporate capacity in law.

## TITLE 18, PART 1, CHAPTER 13 §241 OF UNITED STATES CODES OF LAW:

If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or Laws of the United States, or because of his having so exercised the same, or...

If two or more persons go in disguise on the highway, or on the premises of another, with the intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured –

They shall be fined under this title or imprisoned not more than ten years, or both, and if death results from the acts committed in violation of this section, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

POOR QUALITY ORIGINAL

*AFFIDAVIT TO CORRECT THE RECORD*

## TITLE 18, PART 1, CHAPTER 1 § 242 OF UNITED STATES CODES OF LAW:

*Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or Laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section ... shall include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined ... or imprisoned not more than ten years or for life, or both, or may be sentenced to death.*

### TITLE 18 CHAPTER 50A OF THE UNITED STATES CODES – GENOCIDE:

*Therefore, in preservation of The Rights of Indigenous Peoples and the Preservation of the Rights of the People, in accord with ... rights of the Constitution for the United States Republic of North America and its Republican Form of Government ... in ... the Supreme Law of the land, and primal to the contractual liabilities, Oath - bound Obligations, and Fiduciary Duties of the officers of the Courts - Federal, State, City, and Municipal, etc., I: Daniyal-Ka-Rhi-Grady: El: The Father and: Sah'Teing-Anahita-Lin-Grady: El: The Mother, hereby, Demand the enforcement of the Declare Laws of the Continental United States, and all Treaties made under the Authority of The United States, in accord with, that: the Geneva Convention on The Rights of ... Declaration of the Rights of the Child, The Rights of Indigenous Peoples, The Universal Declaration of Human Rights, The United Nations Charter, Article 55(c); The United States Supreme Court - Acts of State; The Foreign Sovereign Immunities Act, 28 U.S.C 1601, et Seqn., The Convention on International Road Traffic - Dane 16, September 1949, The World Court Decisions at The Hague, Netherlands, Jan 21 January 1958, I.C.J 1375-1936, and ... Executive Order 13107 - ... Human Rights Reports, North America: The Implementation of Human Rights Treaties, The National Constitution for the Continental United States, Article III, Section 2, Amendment V - Liberty Clause, Amendment IX, etc., etc. I: Daniyal-Ka-Rhi-Grady: El: The Father and: Sah'Teing-Anahita-Lin-Grady: El: The Mother, hereby, Demand a Dismissal of any and all unconstitutional seizures, detainments, or imprisonments or charges made or issued, which are devoid of true identity personages, a denial of Due Process for being ... of any own National Peers, or absent of a verified and lawful Indictment, sanctioned by an Assembled Grand Jury, and that, I: Daniyal-Ka-Rhi-Grady: El: The Father and: Sah'Teing-Anahita-Lin-Grady: El: The Mother, be availed all lawful Constitutional - secured safeguards, established by the Supreme Law, with documented proper jurisdiction and Venue confirmed on the place.*

*Wherefore all parties of interest are Authorized by this Writ-Affidavit, pursuant to National and International Law, to honor all Substantive Rights and Constitutional Immunities reserved for, and to, this Aboriginal - Indigenous Moor - Autochthon, at ... are to enlist all available and appropriate measures to ensure, and assure, that all My Substantive Rights and Constitutionally - secured Rights and Immunities are not violated, not breached, nor abridged via Do Not Stop Do Not Detain ... The Flesh & Being, named herein, is not to be Arrested nor held for Detention under any colorable circumstances! For we ... ratify the ... five Ministers of the Aboriginal - Indigenous, Moorish Nationals of the Territory (Organic Land). The Natural ... consent herein is NON OBLIGATORY and thus Exempt from Feudal Customs, Tariffs, Taxation, Chattel's, Foreclosures, or ... Constraints; and from any other hindrance or restriction of His or Her Provisions, Allodial Properties, Chattel Properties, Rights of Travel, or Freedom of Movement on, in, or within, any member or non-member States of the United States Union, or ... the Flesh & Being bearer of this Indigenous Peoples' Document is to be treated with all due Respect and Due Process! Rights under the Law. All available and appropriate measures are to be taken to prevent damage by injustice, harm, false arrest, or attack, or seizure, or attack on the Natural Being's Person, Property, Personality, Conveyances, Freedoms, and Dignity!*

*Explicit Reservation and use of My Rights Reserved Without Prejudice U.C.C. 1 - 207 - 308, U.C.C. 1 - 103, is Noted To All ... Federal, State, City, and Municipal Peace Officers, in harmony with State's Statutes and indicates the Reservation of My Rights, ... I: Daniyal-Ka-Rhi-Grady: El: The Father and: Sah'Teing-Anahita-Lin-Grady: El: The Mother, Reserve My ... Natural Rights and Constitutional - secured Rights and Immunities to NOT be Compelled to perform under any Contract or Agreement, that I have not entered into knowingly, voluntarily, willingly, or unintentionally done pre-tant; I do not accept any actual or implied "Liabilities" associated with any "COMPELLED BENEFITS" of any "unrevealed" or doceitfully imposed commercial contracts. I furthermore do not sanction any "unconstitutional" rules or policies promulgated by any US Government or State Officials, at any level, claimed by any or them, to be in the name of the United States People! In no way do I assent to any implied colorable policies made by alleged representatives, as being sanctioned by the People, and I hereby Consider any formerly assumed constructs alleged to be related to me as being misrepresentations and thusly Tant of Tants, all ...*

POOR QUALITY ORIGINAL

i.

All Rights Reserved Without Prejudice / Recourse, Allodial Claim.

I Am _____ [SEAL].

*State - The Father In Propria Persona Sui Juris Sui Heredes Solo Proprio. All Rights Reserved*

I Am _____ [SEAL].

*State - The Mother In Propria Persona Sui Juris Sui Heredes Solo Proprio. All Rights Reserved*

Contact # 734-263-1871

*Inderethon / National / Moor — Living Soul, In Propria Persona Sui Juris Solo Proprio, (Not Pro S. N or Colorable)*

County ___Washtenaw___   State ___Michigan___   _____ Sworn and Subscribed

Before me ___Andrew W Kin_____ this [date] ___19___ [month] ___August___, 20___

Notary Signature _____ Commission Expiration Date ___Nov 28, 20 19___

ANDREW W KIN
Notary Public - Michigan
Oakland County
My Commission Expires Nov 28, 2019
Acting in the County of _____

*Preparer – the : Daniyal: El: and Sha'Teina: El - The Indigenous Beings
Ancestral Estate, Magrib Al aaca: Morocco, the North, South, Central America}
c/o [ 2744 Peachcrest Street, Washtenaw, Michigan Republic 48198]*

POOR QUALITY ORIGINAL






# Moorish National Republic Federal Government
## Societas Republicae Ea Al Maurikanos
### THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.
*Northwest Amexem / Northwest Africa / North America./ 'The North Gate'.*
Temple of the Moon and Sun
**The true and de jure Natural Peoples of the Land**
*For The Record, To Be Read Into The Record*

BEFORE THE MOORISH AMERICAN CONSULAR COURT
(ARTICLE III AMERICAN COMMON LAW)

_Sha'Teina Anahita Lin Grady__ex. Relatione _SHATINA LYNN GRADY

files with the Moorish National Republic Federal Government

# NOTICE OF REMOVAL – U.S.C Title 28 63 1746
U.S.C. Title 18 63 2076

RE__ **THOMAS HATHAWAY D.B.A. JUDGE** **19-002313-03FH**

*Acting judicial person(s) doing business. Append additional names    Bill of attainder / Bill of pains and penalties Contract#*

## REMOVE FROM:

____**FRANK MURPHY HALL OF JUSTICE** **DUNS#** 618049639 ,

*Name of corporate pseudo court styled as. the full name, DUNS#, EIN#, and all other derivative names thereof.*

____**1441 ST ANTOINE ST ROOM 100, DETROIT, MICHIGAN 48226**

*Corporate pseudo court's location address*

*Notice to principle is notice to agent - Notice to agent is notice to principle.*

Pursuant to the judicial authority of the Moorish National Republic Federal Government to carry into full effect the provisions of the 1786 / 1787 Morocco Empire Treaty of Peace and

Page 1 of 6

Pursuant to the judicial authority of the Moorish National Republic Federal Government to carry into full effect the provisions of the 1786 / 1787 Morocco Empire Treaty of Peace and Friendship before an Article III Court of competent jurisdiction, and enforce the Constitution For the united States of America as to the restoration of proper and lawful 'due process' under the organic American Republic Constitution Law principles and operations; the Moorish American:

___ ___ _____ ____ _____ _____ __ ex. Relatione. _SHATINA LYNN GRADY_

<div style="text-align:center"><em>Free Moorish American Appellation</em></div>
<div style="text-align:center"><em>Corporate-fiction name: usually ALL CAPITALIZED</em></div>

In Full Life, In Propria Persona[1] Sui Juris[2]; **HEREBY,** file this NOTICE OF REMOVAL.

This NOTICE OF REMOVAL is to be removed from the occupying European United States /
U.S. / UNITED STATES Corporate tribunal[3] styled as:

___1441 ST ANTOINE ST ROOM 100, DETROIT, MICHIGAN 48226

<div style="text-align:center"><em>Corporate pseudo court's location address</em></div>

to the **Moorish American Consular Court** of competent jurisdiction for civil and criminal cases: the constitutional Article III American Common Law court of record.

## MULTIPLE GROUNDS FOR REMOVAL

Status[4]: I, ___ ___ _____ ____ ___ ___, In Propria Persona Sui Juris: am an Islamic Moslem Moor, Aboriginal, Indigenous Moorish American[5] National and a Natural Divine

---

[1]. **IN Propria Persona.** In one's own proper person. It is a rule in pleading that pleas to the jurisdiction of the court must be plead in propria persona, because if pleaded by attorney they admit the jurisdiction, as an attorney is an officer of the court, and he is presumed to plead after having obtained leave, which admits the jurisdiction. Lawes. Pl. 91. Black's Law Dictionary rev. 4th ed. p. 899, 900 (1968)

[2]. **Sui Juris.** Lat. Of his own right; possessing full social and civil rights; not under any legal disability, or the power of an-other, or guardianship. Having capacity to manage one's own affairs; not under legal disability to act for one's self. Story. Ag. § 2. Black's Law Dictionary rev. 4th ed. p. 1602 (1968)

[3]. CIVIL ORDERS JULY 4, 2014 Issued to All Members of the Domestic Police Forces, US Marshals Service, the Provost Marshal, Members of the American Bar Association and the American Armed Services.

[4]. **Status.** Standing, state or condition. Reynolds v. Pennsylvania Oil Co., 150 Cal. 629, 89 P. 610, 612. The legal relation of individual to rest of the community. Duryea v. Duryea. 46 Idaho 512, 269 P. 987, 988. The rights, duties, capacities and incapacities which determine a person to a given class. Campb. Austin 137. A legal personal relationship, not temporary in its nature nor terminable at the mere will of the parties, with which third persons and the state are concerned. Holzer v. Deutsche Reichsbahn Gesellschaft. 159 Misc. 830, 290 N.Y.S. 181, 191. While term implies relation it is not a mere relation. De La Montanya v. De La Montanya. 112 Cal. 101, 115, 44 P. 345, 348, 32 L.R.A. 82, 53 Am.St.Rep. 165. It also means estate, because it signifies the condition or circumstances in which one stands with regard to his property. In the Year Books, it was used in this sense: 2 Poll. & Maitl. Hist. E. L. 11. Black's Law Dictionary rev. 4th ed. p. 1580 (1968)

[5]. **American:** n. an Aboriginal or one of the various copper-colored natives found on the American Continent by the Europeans: the original application of the name. Webster's 1828 American Dictionary of the English language and 1936. Webster's unabridged 20th century dictionary. "Some examples will now be cited from the Americas to illustrate the use of 'negro' and 'black' in English as applied to people of American ancestry." Jack D. Forbes: *Africans and Native Americans,* Chp.3. Negro, *Black and Moor* p. 85 ¶ 3.

Freehold of this land of America. I reside in the jurisdiction of my ancestral inherited estate at all times, and ALL of my rights are reserved at all times; WHEREBY I am exercising them now. I am the Executor, Administrator, Creditor, Claimant, and Beneficiary of my own Estate and the aforementioned corporate pseudo court operators are but former trustees that are not authorized to subrogate my identity with the fraudulent CAPITALIZED or corporate-fiction name of _SHATINA LYNN GRADY_ owned by the UNITED STATES OF AMERICA, Inc., UNITED STATES, FEDERAL RESERVE, FEDERAL RESERVE BANKS, or any franchises or agencies thereof, that are rendered null and void.

**Diversity of Nationality**[67]: I, _____ _being Moorish American, I am a Noble freehold Original Indigenous Autochthonous Moor/Muur[8] of the organic Americas - the Land. By consanguine unity I am the descendant of the ancient Moabite Fore-Mothers and Fore-Fathers. My pledge of National, Political, and Spiritual allegiance is to my Moabite / Moorish Nation - being the archaic Originals / Indigenes of Amexem (the Americas) and stand squarely affirmed upon our Divine Oath to the five Points of Light -- Love, Truth, Peace, Freedom, and Justice. I am by birthright heritage, and primogeniture, the living beneficiary, good steward, heir apparent Jus sanguinis (by right of blood)[9] and Jus soli (by right of soil) of the extreme far west Al Moroccan (American) Continents - Land of the Moors **territoria,** North America, South America; Central America; including the adjoining Islands (Americana / Ameru / Al Moroc); the ancient American lands since time immemorial before 1492 European invasion, colonization, occupation, and birthright theft of our lands and identities. **Federal Question**[10] Jurisdiction: the corporate tribunal lacks subject matter, personam, venue, and political, jurisdiction claims under diversity jurisdiction (Article III Section 2 Clause 1), and under the Eleventh Amendment limitations. The amount in controversy is lawful-money Four-

---

[7]. **Nationality.** That quality or character which arises from the fact of a person's belonging to a nation or state. Nationality determines the political status of the individual, especially with reference to allegiance; while domicile determines his civil status. Nationality arises either by birth or by naturalization. According to Savigny, "nationality" is also used as opposed to "territoriality," for the purpose of distinguishing the case of a nation having no national territory; e. g., the Jews. 8 Sav. Syst. § 7 ;Westl.Priv.Int. Law. 5. Black's Law Dictionary rev. 4th ed. p. 1602 (1968)

[8]. **Moor.** n. More, Maure, L. Maurus a Moor 2. (Hist.) Any individual of the swarthy [dark complexion] races..." [relative to the Albion European] 1895 Noah Webster's International Dictionary of the English Language; being the authentic edition of Webster's unabridged dictionary, comprising the issues of 1864, 1879, and 1884 by Webster. Noah. 1758-1843; "Since moor and moren had also been used for American (Antwerp, 1563, and Brazil. 1550s. 1640s), we can see a pattern where both moor and swart were flexable enough to embrace a broad range of brown to dark brown people." Jack D. Forbes: Africans and Native Americans. Chp. 3, Negro, Black and Moor p. 81 ¶ 3: "I say my client may be a Moor, but he is not a Negro." Abraham Lincoln's case Dungey v. Spencer (1855) File ID: L00567, as a trial lawyer before president of the United States Corporation Company April 17, 1855

[9]. **Jus Sanguinis** - Citizenship is not determined by one's place born, but having a parent(s) (by blood) who are Citizens of the Nation. Jus sanuinis rights are mandated by international treaty with citizenship definitions imposed by the international community.

[10]. **Federal Question.** Cases arising under Constitution of United States, Acts of Congress, or treaties, and involving their interpretation and application, and of which jurisdiction is given to federal courts, are commonly described as involving a "federal question." McAllister v. St. Louis Merchants' Bridge Terminal Ry. Co., 324 Mo. 1005, 25 S.W.2d 791, 792. Black's Law Dictionary rev. 4th ed. p. 740 (1968)

million, five-hundred-thousand ($4.5 Million) pursuant to Article 1, Section 10, Clause 1 that reads: "but gold and silver coin a tender in payment of debts". The corporate employees of THE STATE OF MICHIGAN are required to take the oath (5 U.S. Code § 3331 - Oath of office) and they are foreign entities (8 U.S. Code § 1481); the International Organization Immunities Act relinquished every public office of the United States to the United Nations December 9, 1945. The foreign private for-profit MUNICIPAL, COUNTY, OR STATE corporate agency pseudo COURTS lack jurisdiction to hear any case under the FOREIGN STATE Definitions (28 U.S. Code § 1603) under the Foreign Sovereign Immunities Act (FSIA). Aboriginal Indigenous Moor, ................................................ is non-domestic, non-resident, non-subject; he/she is NOT a corporate entity and is not registered with any Secretary of State as a CORPORATION; however, the corporate tribunal failed to disclose that the administrative fictional plaintiff (STATE OF MICHIGAN) was deceptively appointed as Trustee over all matters dealing with any issue involving the ALL CAPITALIZED Dummy₁₀/strawman name, and fictional construct of SHATINA LYNN GRADY to defraud the living Man; as to joinder₁₁ and own in the commission of and involuntary servitude (slavery) because the dummy strawman is not a living flesh and blood man which is an action under the jurisdiction of the STATE OF EMERGENCY CLAUSE; Public Law 1, 48 stat C1.

**Capital Crimes of Fraud and Treason Jurisdiction:** It is a fact that the Amendatory Act April 20, 1933 under Executive Order 6111 and as defined in the Banking Emergency Act under

Public Law 1, 48 stat, C1 has defined the nonliving DUMMY/DEFENDANT (once deceptively joinder of the living) and the people of the land as enemies of the state-(i.e., STATE OF MICHIGAN / UNITED STATES) under the Amended Trading with the Enemy Act (1933) under Title 50 Chapter 3 / Public

> UNDER EXECUTIVE ORDER OF
> **THE PRESIDENT**
>
> all persons are required to deliver
> **ON OR BEFORE MAY 1, 1933**
> all **GOLD COIN, GOLD BULLION, AND
> GOLD CERTIFICATES** now owned by them to
> a Federal Reserve Bank, branch or agency, or to
> any member bank of the Federal Reserve System.
>
> Executive Order

Law 40, stat I 411 as enemies of their own country, From these facts, any alleged "PLAINTIFF" and "DEFENDANT" being addressed by this corporate pseudo court is not a living "Person" which is the most basic identity as one of the living people unlawfully and unconscionably converted to that of a business. The living Being had been literally "impersonated" constituting constructive conversion and crime of personage for profit and servitude (human trafficking/slavery).

When the living being face charges in this corporate pseudo courts, the living Being suffers barratry because of the false presumptions -which are crimes against humanity and war crimes

10. **DUMMY.** n. One who holds legal title for another; a straw man. Hegstad v. Wysiecki, 178 App.Div. 733, 165 N.Y.S. 898, 900. Space 6 1/2 feet in width between street railroad tracks. Schroeder v. Pittsburgh Rys. Co., 311 Pa. 398, 165 A. 733. DUMMY, adj. Sham: make-believe; pretended; imitation. U. S. v. Warn, D.C.Idaho, 295 F. 328, 330. As respects basis for predicating liability on parent corporation for acts of subsidiary, "agency," "adjunct," "branch," "instrumentality," "dummy," "buffer," and "tool" all mean very much the same thing. owendahl v. Baltimore & O. R. Co., 287 N.Y.S. 62, 74, 247 App.Div. 14 DUMMY DIRECTOR. One to whom (usually) a single share of stock in a corporation is transferred for the purpose of qualifying him as a director of the corporation, in which he has no real or active interest. Ashby v. Peters, 128 Neb. 338, 258 N.W. 639, 99 A.L.R. 843. One who is a mere figurehead and in effect discharges no duties. Golden Rod Mining Co. v. Bukvich, 108 Mont. 569, 92 P. 2d 316, 319. Black's Law Dictionary rev. 4th ed. p. 591, 592 (1968)

11.Joinder. Joining or coupling together; uniting two or more constituents or elements in one; uniting with another person in some legal step or proceeding; union; concurrence. Black's Law Dictionary rev. 4th ed. p. 971 (1968)

under the jurisdiction of the Constitutional Article III Moorish Consular Court and International Criminal Court (ICC) against the operators of this corporate pseudo court. Both the Territorial United States which is political - not physical and derived under treaty, and the Municipal United States which is ROMAN, are foreign entities with respect to the aboriginal indigenous Moor, and both of these corporate United States/UNITED STATES - have created DUMMY franchises" for themselves named after the living Being - written in ALL CAPITALIZED letters. These DUMMY franchises are created by infringing upon the Common Law copyright of the living BEING'S own given name which is what is actually being addressed as "DEFENDANT" and represented as "PLAINTIFF" in the corporate pseudo courts.

Whereas the STATE OF MICHIGAN BAR Association prosecution fails to have, as required by de jure Law and Rules of Court, pursuant to the Constitution For the united States of America; the Republic, and the federal statutes of this country pursuant thereof, the alledged PLAINTIFF is NOT living, nor a real injured party, but is moving forward as if crimes against the state were committed. This can only mean that the DUMMY/STRAWMAN/DEFENDANT, _____SHATINA LYNN GRADY_ is being charged as an enemy of the state-under War crimes. The living Man is being constantly hunted down, persecuted without crime by said foreign private for-profit corporate entities, and denied due process of de jure Law under the normal constitutional and statutory requirements of this organic land. Thus, under the corporate pseudo courts own federal rules of civil procedure; FRCP 12(b)( 6), the alleged foreign private for-profit corporate-fiction PLAINTIFF in error, styled as, STATE OF MICHIGAN_- failed to state a claim to which relief can be granted. This removal is under COMPLETE DIVERSITY of NATIONALITY,

## PROOF OF DELIVERY/SERVICE

I do certify that a copy of the above NOTICE OF REMOVAL Bill of Attainder# **19-002313-03FH (19C8950-C)** has been furnished by way of either walk-in for all recipients, e-mail, fax, or certified mail to:

Moorish American Consulate of the
Moorish National Republic Federal
Government Vizir (Judge), Light Tajiri Bey
c o 911 Southwest 314 Place
near [Federal Way Washington Republic zip
exempt [98023-9998]

FRANK MURPHY HALL OF JUSTICE

1441 ST ANTOINE ST ROOM 100,
DETOIT, MICHIGAN 48226

Filled electronically with the court clerk stamped on each page on 4/3/19

Date:  April 3, 2019 _____ / MCY_1439_____

In Propria Persona, Sui Juris
Moorish American National, All Rights Reserved at All Times

Home | | Forms | Harie Robinson-Bright
Utilities

35 District Court, Plymouth

Defendant: **GRADY SHATINA**         Date of Birth: **03/17/1975**         Date of Offense: **03/09/2019**

CTN: **19704659-03**                  TCN: **X219068006W**                 OCA: **190008950**

AOI Date: **04/05/2019**              Bind Over Date: **03/29/2019**       Plea Date: **N/A**

Case Number: **19704659-03**                                               Plea Judge: **N/A (N/A)**

Comments: **DEFT FIRED COURT APPOINTED COUNSEL, AND REFUSED TO BE REPRESENTED BY ANY ONE BUT HERSELF, NO COURT APPT FORM SENT WITH BINDOVER.**

**Documents**

| View | File Name | Document Type | Date Added | Status | Accept | Reject |
|---|---|---|---|---|---|---|
| | DOC032919-032919-007.pdf | Bind Over Packet | 03/29/2019 2:16 PM | Accepted | | |

1         Page size:  7                                                    1 items in 1 pages

4/1/2019

2019704659

STATE OF MICHIGAN                                        CASE NO: 2019704659

35TH DISTRICT COURT                    WARRANT
3rd Judicial Circuit                   FELONY

The People of the State of Michigan          Offense Information
                                             Police Agency / Report No.
                              vs             82CA 190008650
DERREON LEKEPH BAKER 82-19704659-01          Date of Offense
  AKA: DERREON BAKER                         03/09/2019 MG
ANN GWENNET DIGGINS 82-19704659-02           Place of Offense
SHATINA LYNN GRADY 82-19704659-03            HAGGERTY / MICHIGAN,  CANTON TOWNSHIP
  AKA: TINA DIGGINS,                         Complainant or Victim
  LATINA DIGGINS                             P.O. PORTER, P.O. KELLEY, P.O. BLICKENSDORF, P.O.
  SHATINA LYNN DIGGINS                       JESSICA NUOTTILA, P.O. J. KANE, SGT. G.
  SHATINE LYNN DIGGINS                       DEGRAND, SGT. E. KOLKE, P.O. ALESTRA
  SHATINA NONNAE DIGGINS                     Complaining Witness
  SHATINA LYNN DIGGENS                       DET. JACOB KROGMEIER
  SHATINA DAVIS
  SHATINA GRADY
  SHATINA LYNN GRADY

STATE OF MICHIGAN, COUNTY OF Wayne
To any peace officer or court officer authorized to make arrest: The complaining witness has filed a sworn complaint in this
court stating that on the date and the location stated above, the Defendant(s), contrary to law,

COUNT 1 DEFENDANT(S) (04): POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING
did assault, batter, wound, resist, obstruct, oppose, or endanger Police Officer Jason Blickensdorf, a police officer of Canton
Township Police Department that the defendant knew or had reason to know was performing his or her duties; contrary to MCL
750.81d(1).  [750.81D1]
FELONY:  2 Years and/or $2,000.00.  A consecutive sentence may be imposed under MCL 750.506a if the assault was
committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction

COUNT 2 DEFENDANT(S) (01): POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING
did assault, batter, wound, resist, obstruct, oppose, or endanger Police Officer Jessica Nuottila, a police officer of Canton
Township Police Department that the defendant knew or had reason to know was performing his or her duties; contrary to MCL
750.81d(1).  [750.84D1]
FELONY:  2 Years and/or $2,000.00.  A consecutive sentence may be imposed under MCL 750.506a if the assault was
committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction

COUNT 3 DEFENDANT(S) (01): POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING
did assault, batter, wound, resist, obstruct, oppose, or endanger Police Officer J. Kane, a police officer of Canton Township
Police Department that the defendant knew or had reason to know was performing his or her duties; contrary to MCL
750.81d(1).  [750.81D1]
FELONY:  2 Years and/or $2,000.00.  A consecutive sentence may be imposed under MCL 750.506a if the assault was
committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction

COUNT 4 DEFENDANT(S) (01): POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING
did assault, batter, wound, resist, obstruct, oppose, or endanger Sgt. G. Degrand, a police officer of Canton Township Police
Department that the defendant knew or had reason to know was performing his or her duties; contrary to MCL 750.81d(1).
[750.81D1]
FELONY:  2 Years and/or $2,000.00.  A consecutive sentence may be imposed under MCL 750.506a if the assault was
committed in a place of confinement, or under MCL 750.810(6) for another violation arising from the same transaction

DEFENDANT (01): HABITUAL OFFENDER - THIRD OFFENSE NOTICE
    Take notice that the defendant was twice previously convicted of a felony or an attempt to commit a felony in that on or
about 07/24/2015, he or she was convicted of the offense of carrying a concealed weapon in violation of 750.227 in the Fourth
Circuit Court for County of Jackson, State of Michigan;
    And on or about 12/01/2017, he or she was convicted of the offense of license documents plates forgery in violation of
257.257 in the Fourth Circuit Court for County of Jackson, State of Michigan.
    Therefore, defendant is subject to the penalties provided by MCL 769.11.  [769.11]
PENALTY:  Twice the maximum sentence on primary offense or a lesser term.  The maximum penalty cannot be less than the
maximum term for a first conviction.

**COUNT 5 DEFENDANT(S) (02): ASSAULT WITH INTENT TO DO GREAT BODILY HARM LESS THAN MURDER OR BY STRANGULATION**
did make an assault upon Jason Blickensdorf by strangulation or suffocation; contrary to MCL 750.84. [750.84].
FELONY: 10 Years or $5,000.00.  DNA to be taken upon arrest.  A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement.

**COUNT 6 DEFENDANT(S) (02): POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING CAUSING INJURY**
did assault, batter, wound, resist, obstruct, oppose, or endanger Police Officer Jason Blickensdorf, a police officer of Canton Township Police Department that the defendant knew or had reason to know was performing his or her duties, and caused a bodily injury requiring medical attention or medical care to that person; contrary to MCL 750.81d(2). [750.81D2]
FELONY:  4 Years and/or $5,000.00.  A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction.

**COUNT 7 DEFENDANT(S) (02): POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING**
did assault, batter, wound, resist, obstruct, oppose, or endanger Police Officer Andrew Kelley, a police officer of Canton Township Police Department that the defendant knew or had reason to know was performing his or her duties; contrary to MCL 750.81d(1). [750.81D1]
FELONY: 2 Years and/or $2,000.00.  A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction

**COUNT 8 DEFENDANT(S) (02): POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING**
did assault, batter, wound, resist, obstruct, oppose, or endanger Police Officer J. Kahe, a police officer of Canton Township Police Department that the defendant knew or had reason to know was performing his or her duties; contrary to MCL 750.81d(1). [750.81D1].
FELONY: 2 Years and/or $2,000.00.  A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction

**COUNT 9 DEFENDANT(S) (02): POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING**
did assault, batter, wound, resist, obstruct, oppose, or endanger Sgt. E. Kolke, a police officer of Canton Township Police Department that the defendant knew or had reason to know was performing his or her duties; contrary to MCL 750.81d(1). [750.81D1]
FELONY: 2 Years and/or $2,000.00.  A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction

**DEFENDANT (02): HABITUAL OFFENDER - SECOND OFFENSE NOTICE**
Take notice that the defendant was previously convicted of a felony or an attempt to commit a felony in that on or about 12/09/2003, he or she was convicted of the offense of assaulting/resisting/obstructing a police officer in violation of 750.4792 in the 22nd Circuit Court for County of Washtenaw, State of Michigan;
Therefore, defendant is subject to the penalties provided by MCL 769.10. [769.10]
One and one-half times the maximum sentence on primary offense or a lesser term.  The maximum penalty cannot be less than the maximum term for a first conviction.

**COUNT 10 DEFENDANT(S) (03): POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING CAUSING INJURY**
did assault, batter, wound, resist, obstruct, oppose, or endanger Police Officer Scott Porter, a police officer of Canton Township Police Department that the defendant knew or had reason to know was performing his or her duties, and caused a bodily injury requiring medical attention or medical care to that person; contrary to MCL 750.81d(2). [750.81D2]
FELONY: 4 Years and/or $5,000.00.  A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction.

**COUNT 11 DEFENDANT(S) (03): POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING**
did assault, batter, wound, resist, obstruct, oppose, or endanger Police Officer J. Kahe, a police officer of Canton Township Police Department that the defendant knew or had reason to know was performing his or her duties; contrary to MCL 750.81d(1). [750.81D1]
FELONY: 2 Years and/or $2,000.00.  A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction

**COUNT 12 DEFENDANT(S) (03): POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING**
did assault, batter, wound, resist, obstruct, oppose, or endanger Police Officer Alestra, a police officer of Canton Township Police Department that the defendant knew or had reason to know was performing his or her duties; contrary to MCL 750.81d(1). [750.81D1]
FELONY: 2 Years and/or $2,000.00.  A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction

**COUNT 13 DEFENDANT(S) (03): POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING**
did assault, batter, wound, resist, obstruct, oppose, or endanger Sgt. E. Kolke, a police officer of Canton Township Police Department that the defendant knew or had reason to know was performing his or her duties; contrary to MCL 750.81d(1). [750.81D1]
FELONY: 2 Years and/or $2,000.00. A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement, or under MCL 750.81d(8) for another violation arising from the same transaction

**COUNT 14 DEFENDANT(S) (03): POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING**
did assault, batter, wound, resist, obstruct, oppose, or endanger Police Officer Andrew Kelley, a police officer of Canton Township Police Department that the defendant knew or had reason to know was performing his or her duties; contrary to MCL 750.81d(1). [750.81D1]
FELONY: 2 Years and/or $2,000.00. A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement, or under MCL 750.81d(8) for another violation arising from the same transaction

Court shall order law enforcement to collect a DNA identification profiling sample before sentencing or disposition, if not taken at arrest

Upon examination of the complaining witness, there is probable cause to believe that the offense charged was committed and the Defendant committed the offense. THEREFORE, IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN, I command you to arrest and bring the defendant before the Court immediately.

MAR 1 2 2019

_____        (SEAL)          _____  RONALD W. LOWE
Date                                           Judge/Magistrate            Bar no.
                                                                            P33915

To: RelayFax via port COM4          From: N/A          3   72019 9:42:12 AM (Page 8 of 39)

Mar. 12. 2019  9:26AM                                              No. 1860   P. 8

2019704659

**STATE OF MICHIGAN**                                        CASE NO: 2019704659

35TH DISTRICT COURT                    COMPLAINT
3rd. Judicial Circuit                    FELONY

| | |
|---|---|
| **The People of the State of Michigan** | **Offense Information** |
| | **Police Agency / Report No.** |
| | 82CA 190008950 |
| vs | **Date of Offense** |
| DERREON LEKEPH BAKER 82-19704659-01 | 03/09/2019 MG |
| AKA: DERREON BAKER | **Place of Offense** |
| ANN GWENNET DIGGINS 82-19704659-02 | HAGGERTY / MICHIGAN, CANTON TOWNSHIP |
| SHATINA LYNN GRADY 82-19704659-03 | **Complainant or Victim** |
| AKA: TINA DIGGINS, | P.O. PORTER, P.O. KELLEY, P.O. BLICKENSDORF, P.O. |
| LATINA DIGGINS | JESSICA NUOTTILA, P.O. J. KANE, SGT. G. |
| SHATINA LYNN DIGGINS | DEGRAND, SGT. E. KOLKE, P.O. ALESTRA |
| SHATINE LYNN DIGGINS | **Complaining Witness** |
| SHATINA NONNAE DIGGINS | DET. JACOB KROGMEIER |
| SHATINA LYNN DIGGENS | |
| SHATINA DAVIS | |
| SHATINA GRADY | |
| SHATINA LYNN GRADY | |

**STATE OF MICHIGAN, COUNTY OF WAYNE.**

The complaining witness says that on the date and the location stated above, the defendant, contrary to law,

**COUNT 1 DEFENDANT(S) (01): POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING**
did assault, batter, wound, resist, obstruct, oppose, or endanger Police Officer Jason Blickensdorf, a police officer of Canton Township Police Department that the defendant knew or had reason to know was performing his or her duties; contrary to MCL 750.81d(1). [750.81D1]
FELONY: 2 Years and/or $2,000.00. A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction

**COUNT 2 DEFENDANT(S) (01): POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING**
did assault, batter, wound, resist, obstruct, oppose, or endanger Police Officer Jessica Nuottila, a police officer of Canton Township Police Department that the defendant knew or had reason to know was performing his or her duties; contrary to MCL 750.81d(1). [750.81D1]
FELONY: 2 Years and/or $2,000.00. A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction

**COUNT 3 DEFENDANT(S) (01): POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING**
did assault, batter, wound, resist, obstruct, oppose, or endanger Police Officer J. Kane, a police officer of Canton Township Police Department that the defendant knew or had reason to know was performing his or her duties; contrary to MCL 750.81d(1). [750.81D1]
FELONY: 2 Years and/or $2,000.00. A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction

**COUNT 4 DEFENDANT(S) (01): POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING**
did assault, batter, wound, resist, obstruct, oppose, or endanger Sgt. G. Degrand, a police officer of Canton Township Police Department that the defendant knew or had reason to know was performing his or her duties; contrary to MCL 750.81d(1). [750.81D1]
FELONY: 2 Years and/or $2,000.00. A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction

**DEFENDANT (01): HABITUAL OFFENDER - THIRD OFFENSE NOTICE**
Take notice that the defendant was twice previously convicted of a felony or an attempt to commit a felony in that on or about 07/24/2015, he or she was convicted of the offense of carrying a concealed weapon in violation of 750.227 in the Fourth Circuit Court for County of Jackson, State of Michigan;
And on or about 12/01/2017, he or she was convicted of the offense of license documents plates forgery in violation of 257.257 in the Fourth Circuit Court for County of Jackson, State of Michigan.
Therefore, defendant is subject to the penalties provided by MCL 769.11. [769.11]
PENALTY: Twice the maximum sentence on primary offense or a lesser term. The maximum penalty cannot be less than the maximum term for a first conviction.

**COUNT 5 DEFENDANT(S) (02): ASSAULT WITH INTENT TO DO GREAT BODILY HARM LESS THAN MURDER OR BY STRANGULATION**
did make an assault upon Jason Blickensdorf by strangulation or suffocation; contrary to MCL 750.84.  [750.84].
FELONY: 10 Years or $5,000.00.  DNA to be taken upon arrest.  A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement.

**COUNT 6 DEFENDANT(S) (02): POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING CAUSING INJURY**
did assault, batter, wound, resist, obstruct, oppose, or endanger Police Officer Jason Blickensdorf, a police officer of Canton Township Police Department that the defendant knew or had reason to know was performing his or her duties, and caused a bodily injury requiring medical attention or medical care to that person; contrary to MCL 750.81d(2).  [750.81D2]
FELONY:  4 Years and/or $5,000.00.  A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction.

**COUNT 7 DEFENDANT(S) (02): POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING**
did assault, batter, wound, resist, obstruct, oppose, or endanger Police Officer Andrew Kelley, a police officer of Canton Township Police Department that the defendant knew or had reason to know was performing his or her duties; contrary to MCL 750.81d(1).  [750.81D1]
FELONY:  2 Years and/or $2,000.00.  A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction

**COUNT 8 DEFENDANT(S) (02): POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING**
did assault, batter, wound, resist, obstruct, oppose, or endanger Police Officer J. Kane, a police officer of Canton Township Police Department that the defendant knew or had reason to know was performing his or her duties; contrary to MCL 750.81d(1).  [750.81D1]
FELONY:  2 Years and/or $2,000.00.  A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction

**COUNT 9 DEFENDANT(S) (02): POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING**
did assault, batter, wound, resist, obstruct, oppose, or endanger Sgt. E. Kolke, a police officer of Canton Township Police Department that the defendant knew or had reason to know was performing his or her duties; contrary to MCL 750.81d(1).  [750.81D1]
FELONY:  2 Years and/or $2,000.00.  A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction

**DEFENDANT (02): HABITUAL OFFENDER - SECOND OFFENSE NOTICE**
    Take notice that the defendant was previously convicted of a felony or an attempt to commit a felony in that on or about 12/09/2003, he or she was convicted of the offense of assaulting/resisting/obstructing a police officer in violation of 750.4792 in the 22nd Circuit Court for County of Washtenaw, State of Michigan)
    Therefore, defendant is subject to the penalties provided by MCL 769.10.  [769.10]
One and one-half times the maximum sentence on primary offense or a lesser term.  The maximum penalty cannot be less than the maximum term for a first conviction.

**COUNT 10 DEFENDANT(S) (03): POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING CAUSING INJURY**
did assault, batter, wound, resist, obstruct, oppose, or endanger Police Officer Scott Porter, a police officer of Canton Township Police Department that the defendant knew or had reason to know was performing his or her duties; and caused a bodily injury requiring medical attention or medical care to that person; contrary to MCL 750.81d(2), [750.81D2]
FELONY:  4 Years and/or $5,000.00.  A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction.

**COUNT 11 DEFENDANT(S) (03): POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING**
did assault, batter, wound, resist, obstruct, oppose, or endanger Police Officer J. Kane, a police officer of Canton Township Police Department that the defendant knew or had reason to know was performing his or her duties; contrary to MCL 750.81d(1).  [750.81D1]
FELONY:  2 Years and/or $2,000.00.  A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction

**COUNT 12 DEFENDANT(S) (03): POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING**
did assault, batter, wound, resist, obstruct, oppose, or endanger Police Officer Alegra, a police officer of Canton Township Police Department that the defendant knew or had reason to know was performing his or her duties; contrary to MCL 750.81d(1).  [750.81D1]
FELONY:  2 Years and/or $2,000.00.  A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction

To: RelayFax via port COM4      From: N/A      3/ 2019 9:42:12 AM  (Page 10 of 39)

Mar. 12. 2019   9:27AM      No. 1860   P. 10

**COUNT 13 DEFENDANT(S) (03): POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING**
did assault, batter, wound, resist, obstruct, oppose, or endanger Sgt. E. Kolke, a police officer of Canton Township Police
Department that the defendant knew or had reason to know was performing his or her duties; contrary to MCL 750.81d(1).
[750.81D1]
FELONY:  2 Years and/or $2,000.00.  A consecutive sentence may be imposed under MCL 750.606a if the assault  was
committed in a place of confinement; or under MCL 750.81d(6) for another violation arising from the same transaction

**COUNT 14 DEFENDANT(S) (03): POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING**
did assault, batter, wound, resist, obstruct, oppose, or endanger Police Officer Andrew Kelley, a police officer of Canton
Township Police Department that the defendant knew or had reason to know was performing his or her duties; contrary to MCL
750.81d(1). [750.81D1]
FELONY:  2 Years and/or $2,000.00.  A consecutive sentence may be imposed under MCL 750.606a if the assault  was
committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction

Court shall order law enforcement to collect a DNA identification profiling sample before sentencing or disposition, if not taken
at arrest.
The complaining witness asks that defendant be apprehended and dealt with according to law.

| | |
|---|---|
| Warrant authorized on  3/12/19  By: | 3443 |
| Ryan Lukiewski P73132 | Complaining witness signature |
| | Subscribed and sworn to before me on MAR 12 2019 |
| | Date |
| | Judge/Magistrate/Clerk       DONALD W. LOWE |
| | Bar no. |
| | P33915 |

**STATE OF MICHIGAN**

**35TH DISTRICT COURT**
**3rd Judicial Circuit**

**RETURN TO CIRCUIT COURT**
**FELONY**

CASE NO: 2019704659

**The People of the State of Michigan**

vs

DERREON LEKEPH BAKER 82-19704659-01
  AKA: DERREON BAKER
ANN GWENNET DIGGINS 82-19704659-02
SHATINA LYNN GRADY 82-19704659-03
  AKA: TINA DIGGINS,
  LATINA DIGGINS
SHATINA LYNN DIGGINS
SHATINE LYNN DIGGINS
SHATINA NONNAE DIGGINS
SHATINA LYNN DIGGENS
SHATINA DAVIS
SHATINA GRADY
SHATINA LYNN GRADY

**Offense Information**
Police Agency / Report No.
82CA 190008950
Date of Offense
03/09/2019 MG
Place of Offense
HAGGERTY / MICHIGAN,  CANTON TOWNSHIP
Complainant or Victim
P.O. PORTER, P.O. KELLEY, P.O. BLICKENSDORF, P.O.
JESSICA NUOTTILA, P.O. J. KANE, SGT. G.
DEGRAND, SGT. E. KOLKE, P.O. ALESTRA
Complaining Witness
DET. JACOB KROGMEIER

**Charge(s)**
750/81D1 01
760/81D1 01
750/81D1 01
760/81D1 01
750/84 02
760/81D2 02
760/81D1 02
750/81D1 02
750/81D1 02
750/81D2 03
750/81D1 03
750/81D1 03
750/81D1 03

**EXAMINATION WAIVED**

1. I, the defendant, understand:
  a.  I have a right to employ an attorney.
  b.  I may request a court appointed attorney if I am financially unable to employ one.
  c.  I have a right to a preliminary examination where it must be shown that a crime was committed and probable cause exists to charge me with the crime.

2. I voluntarily waive my right to a preliminary examination and understand that I will be bound over to Circuit Court on the charges in the complaint and warrant (or as amended).

_____       _____         _____
Defendant Attorney             Bar no                   Defendant

3. ____ Examination having been waived, the Defendant is bound over to the Circuit Court for further proceedings.

**EXAMINATION HELD**

4. ____ Upon examination of the matter I find that an offense not cognizable by a District Judge has been committed and there is probable cause for charging the Defendant with the crime. I bind the Defendant over to the Circuit Court for further proceedings.

Date arranged: _____

Examination held on: **MAR 29 2019**

Witness called: _____

Defense Attorney: _____

*3/29/19 @ 1:11PM*
*DEFENDANT REFUSED TO SIGN.*
*Defendant & [signature]*

**BIND OVER**

To: RelayFax via port COM4                    From: N/A              7/2019 9:42:12 AM  (Page 35 of 39)
Mar. 12. 2019   9:39AM                                                No. 1860   P.  35

Bound to Circuit Court to appear on ___H579___     at ___9__ m., Courtroom No. ___

Bond set in the amount of $ _100,000_     Type of Bond: _CASH/SURETY_

Statute: MCL _CT14 750.802_     _CT2-5: 750.8101_

Date: __MAR 29 2019__

District Judge/Magistrate
**James A. Plakas 52722**

| STATE OF MICHIGAN<br>35TH JUDICIAL DISTRICT<br>ORI820055J<br>PIN: 190008950 | **REGISTER OF ACTIONS** | CASE NO: 19C8950-C D01 FY<br>X-REFERENCE #: 190008950<br>STATUS: CLSD 03/29/19 |
|---|---|---|

JUDGE OF RECORD: PLAKAS,JAMES A., P-52722
STATE OF MICHIGAN v JUDGE: PLAKAS,JAMES A., P-52722

**GRADY/SHATINA/LYNN**
2744 PEACHCREST ST
YPSILANTI MI 48198

CTN: 821970465903
TCN: X219068006W
SID: 1668981P
ENTRY DATE: 03/12/19
OFFENSE DATE: 03/09/19
ARREST DATE:

DOB: 03/17/1975 SEX: F RACE: B   VEHICLE TYPE:   VPN:
VEH YR:   VEH MAKE:   DLN: MI G630765564202   CDL: N
   VIN:
DEFENSE ATTORNEY ADDRESS   PAPER PLATE:
IN PRO,PER,

BAR NO.
# 8
Telephone No.

OFFICER: KROGMEIER, JACOB

DEPT: CANTON TWP POLICE DEPT

PROSECUTOR: MATHEWS,C. MEGHAN,
VICTIM/DESC:

P-37686

**COUNT 1 C/M/F: F 75081D2**
**POLICE OFFICER - ASSAULT/RESIST/OBSTRUCT CAUSING INJURY**   PACC#750.81D2
ARRAIGNMENT DATE: 03/12/19   PLEA: EXAM DEMAND   PLEA DATE: 03/29/19
FINDINGS: EX COND B/O   DISPOSITION DATE: 03/29/19
SENTENCING DATE:

| FINE | COST | ST.COST | CON | MISC. | REST | TOT FINE | TOT DUE |
|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

JAIL SENTENCE:   PROBATION:
VEH IMMOB START DATE:   NUMBER OF DAYS:   VEH FORFEITURE:

**BOND HISTORY:**
   100,000.00   CASH OR SURETY   BOND SET

**COUNT 2 C/M/F: F 75081D1**
**POLICE OFFICER - ASSAULT/RESISTING/OBSTRUCTING**   PACC#750.81D1
ARRAIGNMENT DATE: 03/12/19   PLEA: EXAM DEMAND   PLEA DATE: 03/29/19
FINDINGS: EX COND B/O   DISPOSITION DATE: 03/29/19
SENTENCING DATE:

| FINE | COST | ST.COST | CON | MISC. | REST | TOT FINE | TOT DUE |
|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

JAIL SENTENCE:   PROBATION:
VEH IMMOB START DATE:   NUMBER OF DAYS:   VEH FORFEITURE:

**COUNT 3 C/M/F: F 75081D1**
**POLICE OFFICER - ASSAULT/RESISTING/OBSTRUCTING**   PACC#750.81D1
ARRAIGNMENT DATE: 03/12/19   PLEA: EXAM DEMAND   PLEA DATE: 03/29/19
FINDINGS: EX COND B/O   DISPOSITION DATE: 03/29/19
SENTENCING DATE:

| FINE | COST | ST.COST | CON | MISC. | REST | TOT FINE | TOT DUE |
|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

JAIL SENTENCE:   PROBATION:
VEH IMMOB START DATE:   NUMBER OF DAYS:   VEH FORFEITURE:

**NAME:** GRADY/SHATINA/LYNN          **CASE NO:** 19C8950-C      **PAGE   2**

COUNT  4 C/M/F: F 75081D1                  PACC#750.81D1
POLICE OFFICER - ASSAULT/RESISTING/OBSTRUCTING
ARRAIGNMENT DATE:  03/12/19      PLEA:    EXAM DEMAND      PLEA DATE: 03/29/19
FINDINGS:  EX COND B/O   DISPOSITION DATE: 03/29/19
SENTENCING DATE:

| FINE | COST | ST.COST | CON | MISC. | REST | TOT FINE | TOT DUE |
|------|------|---------|-----|-------|------|----------|---------|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

          JAIL SENTENCE:            PROBATION:
     VEH IMMOB START DATE:        NUMBER OF DAYS:        VEH FORFEITURE:

COUNT  5 C/M/F: F 75081D1                  PACC#750.81D1
POLICE OFFICER - ASSAULT/RESISTING/OBSTRUCTING
ARRAIGNMENT DATE:  03/12/19      PLEA:    EXAM DEMAND      PLEA DATE: 03/29/19
FINDINGS:  EX COND B/O   DISPOSITION DATE: 03/29/19
SENTENCING DATE:

| FINE | COST | ST.COST | CON | MISC. | REST | TOT FINE | TOT DUE |
|------|------|---------|-----|-------|------|----------|---------|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

          JAIL SENTENCE:            PROBATION:
     VEH IMMOB START DATE:        NUMBER OF DAYS:        VEH FORFEITURE:

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | | INITIALS |
|------|------|------|------|

03/09/19                                                              PTP
  1  ORIGINAL CHARGE          ASLT/RES/OBS                            PTP
  2  ORIGINAL CHARGE          ASSLT/POLOFR                            PTP
  3  ORIGINAL CHARGE          ASSLT/POLOFR                            PTP
  4  ORIGINAL CHARGE          ASSLT/POLOFR                            PTP
  5  ORIGINAL CHARGE          ASSLT/POLOFR                            PTP
03/12/19                                                              PTP
     FILING DATE                 031219                               PTP
  1  AUTHORIZATION OF COMPLAINT DATE                          P-73132 PTP
     PROS LUKIEWSKI,RYAN MICH                                         PTP
     COMPLAINT ISSUANCE DATE                                  P-38777 PTP
     JDG  GEROU,MICHAEL J.,
     SCHEDULED FOR VIDEO ARRAIGNMENT
                    031219   200P  GEROU,MICHAEL J.,        P-38777 PTP
                                                                     PTP
     MISCELLANEOUS ACTION     ALL COUNTS                              PTP
     ARRAIGNMENT DEFENDANT IS REPRESENTED BY APPOINTED COUNSEL        KR
     ARRAIGNMENT HELD         ALL COUNTS
     JDG  LOWE,RONALD W.,                                    P-33915 KR
     PROS MATHEWS,C. MEGHAN,                                 P-37686 KR
     NOT GUILTY ENTERED BY COURT                                      KR
     SCHEDULED FOR PROBABLE CAUSE CONFERENCE
                    032219   830A  LOWE,RONALD W.,           P-33915 KR
     SCHEDULED FOR EXAMINATION 032919  830A  PLAKAS,JAMES A., P-52722 KR
     CASH OR SURETY                                                   KR
     BOND SET                               $ 100000.00               KR
     JACLYN TREVORROW CER-8691                                        KR
     VIDEO ARRAIGNMENT PROCEEDING                                     KR
     PETITION AND ORDER FOR CT APPOINTED ATTORNEY
  1  PRETRIAL RELEASE ORDER GENERATED                                 KR
                             ASLT/RES/OBS
     NOTICE TO APPEAR GENERATED                                       KR
                             ALL COUNTS

NAME: GRADY/SHATINA/LYNN                    CASE NO: 19C8950-C     PAGE    3

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|------|-------------------------------|----------|

```
03/14/19
      MISCELLANEOUS ACTION        ALL COUNTS                       EEG
      ATT  MURPHY,KATHY H.,                          P-51422       EEG
      NOTICE OF APPOINTED COUNSEL                                  EEG
03/22/19
      PROCEEDING HELD             ALL COUNTS                       EEG
      JDG  LOWE,RONALD W.,                           P-33915       EEG
      ATT  IN PRO,PER,                               #     8       EEG
      JACLYN TREVORROW CER-8691                                    EEG
      DEMANDS EXAM                                                 EEG
   1  PRETRIAL RELEASE ORDER GENERATED
                                  ASLT/RES/OBS                     EEG
      NOTICE TO APPEAR GENERATED
                                  ALL COUNTS                       EEG
      NOTICE TO APPEAR GENERATED
                                  ALL COUNTS                       EEG
03/28/19
   1  MISCELLANEOUS ACTION        ASLT/RES/OBS                     JRK
      ATT  O'MEARA,CATHERINE M                       P-53823       JRK
      NOTICE OF APPOINTED COUNSEL                                  JRK
03/29/19
      MISCELLANEOUS ACTION        ALL COUNTS                       JRK
      ATT  IN PRO,PER,                               #     8       JRK
      DEF WAIVED RIGHT TO COUNSEL                                  JRK
   1  PRETRIAL RELEASE ORDER GENERATED
                                  ASLT/RES/OBS                     KR
      PROCEEDING HELD             ALL COUNTS                       KR
      JDG  PLAKAS,JAMES A.,                          P-52722       KR
      JUDGE OF RECORD/MAGISTRATE CHANGED                           KR
        FROM: 00000 NO SPECIFIC JUDGE                              KR
          TO: 52722 PLAKAS,JAMES A.,                               KR
      EXAMINATION DEMANDED                                         KR
      EXAM CONDUCTED ; DEFENDANT BOUND OVER                        KR
      AOI 4/5/19                                                   KR
      COURT REPORTER:  KATRINA WOJTOWICZ, CER-8547                 KR
      CASE CLOSED                                                  KR
      MISCELLANEOUS ACTION        ALL COUNTS                       KR
      CONVICTION/DISMISSAL ENTERED INTO LEIN                       KR
      BINDOVER SCANNED TO 3RD CC                                   KR
```

***** END OF REGISTER OF ACTIONS *****  03/29/19 14:10

STATE OF MICHIGAN                                                                2019704659

35TH DISTRICT COURT                        INFORMATION                CASE NO: 2019704659
3rd Judicial Circuit                             FELONY

The People of the State of Michigan                **Offense Information**
                                                   **Police Agency / Report No.**
                      vs                           82CA 190008950
DERREON LEKEPH BAKER 82-19704659-01                **Date of Offense**
  AKA: DERREON BAKER                               03/09/2019 MG
ANN GWENNET DIGGINS 82-19704659-02                 **Place of Offense**
SHATINA LYNN GRADY 82-19704659-03                  HAGGERTY / MICHIGAN,  CANTON TOWNSHIP
  AKA: TINA DIGGINS,                               **Complainant or Victim**
LATINA DIGGINS                                     P.O. PORTER,P.O. KELLEY,P.O. BLICKENSDORF,P.O.
SHATINA LYNN DIGGINS                               JESSICA NUOTTILA,P.O. J. KANE,SGT. G.
SHATINE LYNN DIGGINS                               DEGRAND,SGT. E, KOLKE,P.O. ALESTRA
SHATINA NONNAE DIGGINS                             **Complaining Witness**
SHATINA LYNN DIGGENS                               DET. JACOB KROGMEIER
SHATINA DAVIS
SHATINA GRADY
SHATINA LYNN GRADY

**STATE OF MICHIGAN, COUNTY OF Wayne**
IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN: The prosecuting attorney for this county appears before
the court and informs the court that on the date and at the location described above, the Defendant(s):

**COUNT 1 DEFENDANT(S) (01): POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING**
did assault, batter, wound, resist, obstruct, oppose, or endanger Police Officer Jason Blickensdorf, a police officer of Canton
Township Police Department that the defendant knew or had reason to know was performing his or her duties; contrary to MCL
750.81d(1). [750.81D1].
FELONY: 2 Years and/or $2,000.00. A consecutive sentence may be imposed under MCL 750.506a if the assault was
committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction

**COUNT 2 DEFENDANT(S) (01): POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING**
did assault, batter, wound, resist, obstruct, oppose, or endanger Police Officer Jessica Nuottila, a police officer of Canton
Township Police Department that the defendant knew or had reason to know was performing his or her duties; contrary to MCL
750.81d(1). [750.81D1]
FELONY: 2 Years and/or $2,000.00. A consecutive sentence may be imposed under MCL 750.506a if the assault was
committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction

**COUNT 3 DEFENDANT(S) (01): POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING**
did assault, batter, wound, resist, obstruct, oppose, or endanger Police Officer J. Kane, a police officer of Canton Township
Police Department that the defendant knew or had reason to know was performing his or her duties; contrary to MCL
750.81d(1). [750.81D1]
FELONY: 2 Years and/or $2,000.00. A consecutive sentence may be imposed under MCL 750.506a if the assault was
committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction

**COUNT 4 DEFENDANT(S) (01): POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING**
did assault, batter, wound, resist, obstruct, oppose, or endanger Sgt. G, Degrand, a police officer of Canton Township Police
Department that the defendant knew or had reason to know was performing his or her duties; contrary to MCL 750.81d(1).
[750.81D1]
FELONY: 2 Years and/or $2,000.00. A consecutive sentence may be imposed under MCL 750.506a if the assault was
committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction

**DEFENDANT (01): HABITUAL OFFENDER - THIRD OFFENSE NOTICE**
  Take notice that the defendant was twice previously convicted of a felony or an attempt to commit a felony in that on or
about 07/24/2015, he or she was convicted of the offense of carrying a concealed weapon in violation of 750.227 in the Fourth
Circuit Court for County of Jackson, State of Michigan.
  And on or about 12/01/2017, he or she was convicted of the offense of license documents plates forgery in violation of
257.257 in the Fourth Circuit Court for County of Jackson, State of Michigan.
  Therefore, defendant is subject to the penalties provided by MCL 769.11. [769.11]

maximum term for a first conviction.

**COUNT 5 DEFENDANT(S) (02): ASSAULT WITH INTENT TO DO GREAT BODILY HARM LESS THAN MURDER OR BY STRANGULATION**
did make an assault upon Jason Blickensdorf by strangulation or suffocation; contrary to MCL 750.84. [750.84].
FELONY: 10 Years or $5,000.00.  DNA to be taken upon arrest.  A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement.

**COUNT 6 DEFENDANT(S) (02): POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING CAUSING INJURY**
did assault, batter, wound, resist, obstruct, oppose, or endanger Police Officer Jason Blickensdorf, a police officer of Canton Township Police Department that the defendant knew or had reason to know was performing his or her duties, and caused a bodily injury requiring medical attention or medical care to that person; contrary to MCL 750.81d(2).  [750.81D2]
FELONY: 4 Years and/or $5,000.00.  A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction.

**COUNT 7 DEFENDANT(S) (02): POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING**
did assault, batter, wound, resist, obstruct, oppose, or endanger Police Officer Andrew Kelley, a police officer of Canton Township Police Department that the defendant knew or had reason to know was performing his or her duties; contrary to MCL 750.81d(1).  [750.81D1]
FELONY: 2 Years and/or $2,000.00.  A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction

**COUNT 8 DEFENDANT(S) (02): POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING**
did assault, batter, wound, resist, obstruct, oppose, or endanger Police Officer J. Kane, a police officer of Canton Township Police Department that the defendant knew or had reason to know was performing his or her duties; contrary to MCL 750.81d(1).  [750.81D1]
FELONY: 2 Years and/or $2,000.00.  A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction

**COUNT 9 DEFENDANT(S) (02): POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING**
did assault, batter, wound, resist, obstruct, oppose, or endanger Sgt. E. Kolke, a police officer of Canton Township Police Department that the defendant knew or had reason to know was performing his or her duties; contrary to MCL 750.81d(1).  [750.81D1]
FELONY: 2 Years and/or $2,000.00.  A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction

**DEFENDANT (02): HABITUAL OFFENDER - SECOND OFFENSE NOTICE**
Take notice that the defendant was previously convicted of a felony or an attempt to commit a felony in that on or about 12/09/2003, he or she was convicted of the offense of assaulting/resisting/obstructing a police officer in violation of 750.4792 in the 22nd Circuit Court for County of Washtenaw, State of Michigan;
Therefore, defendant is subject to the penalties provided by MCL 769.10.  [769.10]
One and one-half times the maximum sentence on primary offense or a lesser term.  The maximum penalty cannot be less than the maximum term for a first conviction.

**COUNT 10 DEFENDANT(S) (03): POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING CAUSING INJURY**
did assault, batter, wound, resist, obstruct, oppose, or endanger Police Officer Scott Porter, a police officer of Canton Township Police Department that the defendant knew or had reason to know was performing his or her duties, and caused a bodily injury requiring medical attention or medical care to that person; contrary to MCL 750.81d(2).  [750.81D2]
FELONY: 4 Years and/or $5,000.00.  A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction.

**COUNT 11 DEFENDANT(S) (03): POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING**
did assault, batter, wound, resist, obstruct, oppose, or endanger Police Officer J. Kane, a police officer of Canton Township Police Department that the defendant knew or had reason to know was performing his or her duties; contrary to MCL 750.81d(1).  [750.81D1]
FELONY: 2 Years and/or $2,000.00.  A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction

**COUNT 12 DEFENDANT(S) (03): POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING**
did assault, batter, wound, resist, obstruct, oppose, or endanger Police Officer Alestra, a police officer of Canton Township Police Department that the defendant knew or had reason to know was performing his or her duties; contrary to MCL 750.81d(1).  [750.81D1]
FELONY: 2 Years and/or $2,000.00.  A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction

**COUNT 13 DEFENDANT(S) (03): POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING**
did assault, batter, wound, resist, obstruct, oppose, or endanger Sgt. E. Kolke, a police officer of Canton Township Police Department that the defendant knew or had reason to know was performing his or her duties; contrary to MCL 750.81d(1).
[750.81D1]
FELONY: 2 Years and/or $2,000.00.  A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction

**COUNT 14 DEFENDANT(S) (03): POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING**
did assault, batter, wound, resist, obstruct, oppose, or endanger Police Officer Andrew Kelley, a police officer of Canton Township Police Department that the defendant knew or had reason to know was performing his or her duties; contrary to MCL 750.81d(1).  [750.81D1]
FELONY: 2 Years and/or $2,000.00.  A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction

Court shall order law enforcement to collect a DNA identification profiling sample before sentencing or disposition, if not taken at arrest.

and against the peace and dignity of the State of Michigan.

Kym Worthy
P38875
Prosecuting Attorney

03/12/2019          3-22-19

Date

By: _____  (P37686)
Bar Number

The undersigned certifies that on _____ a copy of this information was served on
                                    Date
_____  P _____ the attorney representing the defendant.
Print Defense Attorney's Name
Signed _____  P _____
        APA's Signature

STATE OF MICHIGAN | **PRETRIAL RELEASE ORDER** | CASE NO: **19C8950-C** FY
35TH JUDICIAL DISTRICT } AMENDED CONDITIONS | X-REF: 190008950
} AMENDED LEIN EXPIRATION DATE

| Court Address 660 PLYMOUTH ROAD | Court Telephone |
|---|---|
| ORI MI820055J PLYMOUTH, MI 48170 | (734) 459-4740 |

| People of STATE OF MICHIGAN | V | Defendant's name, address, and phone |
|---|---|---|
| | | GRADY/SHATINA/LYNN |
| | | 2744 PEACHCREST ST |
| | | YPSILANTI, MI 48198 |

| DOB | CTN/TCN |
|---|---|
| 3/17/1975 | 821970465903 |

| Date of Arrest | Type of Offense | Arrest Agency | | Agency File No. |
|---|---|---|---|---|
| MARCH 9, 2019 | FELONY | CANTON TWP POLICE DE | | 190008950 |

| Offense(s) | Statute/ordinance citation(s) |
|---|---|
| POLICE OFFICER - ASSAULT/RESIST/OBSTRU | 750.81D2 |

| Purpose of next appearance | Time of appearance | Date of appearance |
|---|---|---|
| AOI | 9:00 AM | APRIL 5, 2019 |

Place of appearance
{ }At the court address above {X} Other FRANK MURPHY HALL OF JUSTICE

| Type of bond | Full bail amount | Bond set by Judge/Magistrate |
|---|---|---|
| **CASH/SURETY** | $100,000.00 | Judge: JAMES A. PLAKAS |

{ } Proof of value & interest in real property required

1. {_} a. Release on personal recognizance shall be ordered as required by
      MCR 6.106(C).
   {_} b. Release on personal recognizance will not reasonably ensure
      {_} appearance.    {_} public safety.
{_} 2. Under 18 USC 922(g)(8), the court found, at a hearing, that the defendant
      represents a credible threat to the physical safety of one or more
      persons as defined in 18 USC 922(g)(8) and 18 USC 921(a)(32) and named
      in item 4q. **Needed for NCIC.

IT IS ORDERED:
3. {_} a. The defendant shall post a new bond and comply with the terms and
      conditions in item 4.
   {_} b. The bond previously ordered is continued, and the defendant
      shall comply with the terms and conditions in item 4.
4. The defendant shall comply with the following terms and conditions that are
   checked:
   {X} a. Personally appear for any examination, arraignment, trial, sentencing,
      or at any time and place as directed by this court if represented by
      an attorney in this case, any notice to appear may be given to the
      defendant's attorney instead of the defendant.
   {X} b. Abide by any judgment entered in this case and surrender to serve any
      sentence imposed.
   {X} c. Do not leave the State of Michigan without the permission of this
      court.
   {X} d. Do not commit any crime while released.
   {X} e. Immediately notify this court, in writing, of any change of address or
      telephone number.
   { } f. Make reports to a court agency as specified by this court or the
      agency.
   { } g. Do not use alcohol or any other illegal controlled substance.
   { } h. Participate in a substance abuse testing or monitoring program.

   (See additional page for more conditions)

MC 240 (6/18) **PRETRIAL RELEASE ORDER**
        MCL 765.6b, MCR 3.935, MCR 6.106, MCR 6.610, 18 USC 922(g)(8)

IT IS ORDERED (continued)

{ } i. Participate in a specified treatment program for any physical or
mental condition, including substance abuse.
{ } j. Comply with restrictions on personal association, place of residence,
place of employment, or travel.
{ } k. Surrender driver's license or passport.
{ } l. Continue to seek employment.
{ } m. Comply with the following curfew:
{ } n. Continue or begin an educational program.
{ } o. Remain in the custody of a responsible member of the community.  The
community member agrees to monitor the defendant and report any
violation of these release conditions to the court.
{ } p. Do not posess or purchase a firearm or other dangerous weapon.
{ } q. Do not harass, intimidate, beat, molest, wound, stalk, threaten, or
engage in other conduct that would place any of the following persons
or a child of any of the following persons in reasonable fear of
bodily injury: spouse, former spouse, individual with whom the
defendant has a child in common, resident or former resident of the
defendant's household.
{ } r. Do not assault, harass, intimidate beat, wound, or threaten the
following person(s):

{ } s. Do not have (or cause any third party to have) any direct or indirect
contact with the following person(s):
(Note: This condition also applies while the defendant is in custody.)

{ } t. Do not enter the following specified premises or areas:

{ } May go to the address once, accompanied by a peace officer, to
remove personal belongings.
{ } u. Other:

_____
_____
_____

{_} 5. The { }sheriff {_}custodial agency/facility _____
shall hold the defendant named above in its care and custody until bond
is posted and the terms and conditions specified in item 4 are
acknowledged.  The defendant shall be brought to all court appearances
while in custody or as otherwise ordered.
{_} 6. This order shall be entered into LEIN, is effective when signed, and
expires on _____.
(Note: Check when release is subject to conditions necessary to protect
1 or more named persons under MCL 765.6b or for NCIC.)

| HGT | WGT | RACE | SEX | DOB | HAIR | EYES | OTHER IDENTIFYING INFORMATION |
|-----|-----|------|-----|-----|------|------|-------------------------------|
| 0 00 | 000 | B | F | 3/17/1975 | | | |

MARCH 29, 2019                                                P-52722
Date                        Judge:   JAMES A. PLAKAS          Bar no.

BIND-OVER PACKET CERTIFICATION

*Please forward within 48 hours of Preliminary Examination date, per MCR 6.110(G).

EXAM
Type of Hearing (Exam, FNS or Pre Exam)

SHATINA LYNN GRADY
Defendant's Name

19704659-03 / 19C8950-C
CTN/Lower Court Case Number

03/29/2019
Bind-Over Date

04/05/2019
A.O.I./Sentencing Date

KATE WOJTOWICZ
Court Reporter/Recorder

JAMES A PLAKAS   P 52722
A.O.I/Sentencing Judge

Defendant is: ☑ In Jail        ☐ On Bail/Amount 100,000 CASH/SURETY

I hereby certify that the following documents are being forwarded in the order shown below by mail, electronic data share or carrier to the Frank Murphy Hall of Justice, Case Initiation Unit, Room 905, 1441 St. Antoine, Detroit, Michigan 48226.

1. X_____INFORMATION SHEET SIGNED BY PROSECUTOR WITH BAR NUMBER
2. X_____REGISTER OF ACTIONS
3. X_____WAYNE COUNTY PROSECUTOR'S RECOMMENDATION
4. X_____RETURN TO CIRCUIT COURT
5. X_____APPOINTMENT OF COUNSEL (ASSIGNED OR RETAINED)
6. X_____COMPLAINT
7. X_____WARRANT
8. _____PLEA DOCUMENTS
9. _____MICHIGAN TEMPORARY LICENSE PLATE

KIM RYNICKI
Court Clerk

03/29/2019
Date

*Please verify all documents are complete and signed where necessary.

Remarks:  DEFT REFUSED REPRESENTATION OF COURT APPT ATTY. DEFT WANTED TO REPRESENT HERSELF.

Revised 01/2015

| STATE OF MICHIGAN THIRD JUDICIAL CIRCUIT WAYNE COUNTY | ORDER DENYING/GRANTING MOTION | CASE NO. 19-002313-03-FH |
|---|---|---|
| ORI MI- 821095J  Court Address  1441 St. Antoine, Detroit MI 48226  Courtroom | | Court Telephone No.  313-224-2477 |

THE PEOPLE OF THE STATE OF MICHIGAN

vs.

Shatina Lynn Grady
**Defendant**

At a Session of Said Court held in The Frank Murphy Hall of Justice

at Detroit in Wayne County on    4/5/19

**PRESENT**: Honorable    Thomas M.J. Hathaway

A Motion for:    REMAND

having been filed; and

the People having filed and answer in opposition; and the Court having reviewed the briefs and records in the Cause and being fully advised in the premises;

IT IS ORDERED THAT the Motion for    REMAND

be and

is hereby ☐ denied ☒ granted.

Honorable    Thomas M.J. Hathaway

Skip to Main Content   Logout   My Account   Search Menu   New Case Search   Refine Search   Back      Location   Criminal Cases   Images   Web Access Instruction Manual

# REGISTER OF ACTIONS
## CASE NO. 19-002313-03-FH

---

### RELATED CASE INFORMATION

**Related Cases**
19-002313-01-FH (Co Defendant)
19-002313-02-FH (Co Defendant)

---

### PARTY INFORMATION

| | | |
|---|---|---|
| **Defendant** | Grady, Shatina Lynn | **Lead Attorneys**<br>**Attorney Unreported**<br>*Retained* |
| **Plaintiff** | **State of Michigan** | **Amanda Leigh Cloonan**<br>(313) 833-2533(W) |

---

### CHARGE INFORMATION

| Charges: Grady, Shatina Lynn | Statute | Level | Date |
|---|---|---|---|
| 1.  Police Officer - Assaulting/resisting/obstructingcausing Injury | 750/81D2 | . | 01/15/2019 |
| 2.  Police Officer - Assaulting/resisting/obstructing | 750/81D1 | . | 01/15/2019 |
| 3.  Police Officer - Assaulting/resisting/obstructing | 750/81D1 | . | 01/15/2019 |
| 4.  Police Officer - Assaulting/resisting/obstructing | 750/81D1 | . | 01/15/2019 |
| 5.  Police Officer - Assaulting/resisting/obstructing | 750/81D1 | . | 01/15/2019 |

---

### EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

03/12/2019 **Plea** (Judicial Officer: Lowe, Ronald W)
    1.  Police Officer - Assaulting/resisting/obstructingcausing Injury
        Defendant Stand Mute: Plea of Not Guilty Entered by Court
    2.  Police Officer - Assaulting/resisting/obstructing
        Defendant Stand Mute: Plea of Not Guilty Entered by Court
    3.  Police Officer - Assaulting/resisting/obstructing
        Defendant Stand Mute: Plea of Not Guilty Entered by Court
    4.  Police Officer - Assaulting/resisting/obstructing
        Defendant Stand Mute: Plea of Not Guilty Entered by Court
    5.  Police Officer - Assaulting/resisting/obstructing
        Defendant Stand Mute: Plea of Not Guilty Entered by Court

**OTHER EVENTS AND HEARINGS**

03/12/2019 **Recommendation for Warrant**
03/12/2019 **Warrant Signed**
03/12/2019 **Arraignment on Warrant** (9:00 AM) (Judicial Officer Lowe, Ronald W)
    Parties Present
    Result: Defendant Stands Mute; Plea Of Not Guilty Entered By Court
03/12/2019 **Interim Condition for Grady, Shatina Lynn**
    - Cash or Surety
      $100,000.00
03/29/2019 **Bindover Packet**
03/29/2019 **Bound Over**
03/29/2019 **Preliminary Examination** (9:00 AM) (Judicial Officer Plakas, James A.)
    Parties Present
    Result: Held: Bound Over
03/29/2019 **Bond Continued**
04/03/2019 **Miscellaneous, Filed**
04/03/2019 **Proof of Service, Filed**
04/05/2019 **Arraignment On Information** (9:00 AM) (Judicial Officer Hathaway, Thomas M.J.)
    Parties Present
    Result: Held
04/05/2019 **AOI Plea**
04/05/2019 **Bond**
04/05/2019 **Interim Condition for Grady, Shatina Lynn**
    - Remand
04/05/2019 **Miscellaneous, Filed**
04/05/2019 **Proof of Service, Filed**
04/17/2019 **Refer To Pre-Trial Services For a Bond Review**
04/18/2019 **Disposition Conference** (9:00 AM) (Judicial Officer Hathaway, Thomas M.J.)
    Parties Present
    Result: Held

| 04/18/2019 | **Interim Condition for Grady, Shatina Lynn**<br>- Cash or Surety<br>$100,000.00 |
| 04/18/2019 | **Bond Reinstated** |
| 04/23/2019 | **Calendar Conference** (9:00 AM) (Judicial Officer Morrow, Bruce U.) |



# Moorish National Republic Federal Government
## Societas Republicae Ea Al Maurikanos
### THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.
*Northwest Amexem / Northwest Africa / North America / 'The North Gate'*
Temple of the Moor and Sun
### The true and de jure Natural Peoples of the Land
*For The Record, To Be Read Into The Record*

BEFORE THE MOORISH AMERICAN CONSULAR COURT
(ARTICLE III AMERICAN COMMON LAW)

ex. Relatione _ SHATINA LYNN GRADY

files with the Moorish National Republic Federal Government

# NOTICE OF REMOVAL

_RONALD W. LOWE D.B.A     19C8950-C_

## REMOVE FROM:

_35TH DISTRICT COURT. DUNS#:   121526487

_660 PLYMOUTH ROAD   PLYMOUTH, MICHIGAN 48170 _ 1801

*Notice to principle is notice to agent - Notice to agent is notice to principle.*

Pursuant to the judicial authority of the Moorish National Republic Federal Government to carry into full effect the provisions of the 1786 / 1787 Morocco Empire Treaty of Peace and

Friendship before an Article III Court of competent jurisdiction, and enforce the Constitution for the united States of America as to the restoration of proper and lawful 'due process' under the organic American Republic Constitution Law principles and operations; the Moorish American:

ex. Relatione,     SHAFINA LYNN GRADY

in Full Life. In Propria Persona[1] Sui Juris[2]; *HEREBY*, file this NOTICE OF REMOVAL.

This NOTICE OF REMOVAL is to be removed from the occupying European United States U.S. 'UNITED STATES Corporate tribunal' styled as:

949 PLYMOUTH ROAD    PLYMOUTH, MICHIGAN 48170 [1891]

to the **Moorish American Consular Court** of competent jurisdiction for civil and criminal cases; the constitutional Article III American Common Law court of record.

## MULTIPLE GROUNDS FOR REMOVAL

Status[3] I,                          , In Propria Persona Sui Juris; am an Islamic Moslem Moor, Aboriginal, Indigenous Moorish American[4] National and a Natural Divine Freehold of this land of America. I reside in the jurisdiction of my ancestral inherited estate at a

_____

[1] **IN Propria Persona.** In one's own proper person. It is a rule in pleading that pleas to the jurisdiction of the court must be plead in propria persona, because if pleaded by attorney they admit the jurisdiction, as an attorney is an officer of the court, and he is presumed to plead after having obtained leave, which admits the jurisdiction. Lawes, Pl. 91. Black's Law Dictionary rev. 4th ed. p. 300 Soul (1968).

[2] **Sui Juris.** Lat. Of his own right; possessing full social and civil rights; not under any legal disability, or the power of another, or guardianship. Having capacity to manage one's own affairs; not under legal disability to act for one's self. Story, Ag. § 2; Black's Law Dictionary rev. 4th ed. p. 1602 (1968).

[3] CIVIL ORDERS JULY 4, 2014 Issued to All Members of the Domestic Police Forces, US Marshals Service, the Court, the staff, Members of the American Bar Association and the American Armed Services

[4] **Status.** Standing, state or condition. Reynolds v. Pennsylvania Oil Co., 150 Cal. 629, 89 P. 610, 612. The legal relation of individual to rest of the community. Duryea v. Duryea, 46 Idaho 512, 269 P. 987, 988. The rights, duties, capacities and incapacities which determine a person to a given class ... [ampli. Vistin 137]. A legal personal relationship, not temporary in its nature nor terminable at the mere will of the parties, with which third persons and the state are concerned. Holzer v. Deutsche Sloumaya v. Die a. Montanya, 112 Cal. 101, 115, 44 P. 345, 348, 32 L.R.A. 82, 53 Am.St.Rep. 165. It also means estate, because it signifies the condition or circumstances in which one stands with regard to his property. In the Year Books, it was used in this manner. 2 Pol. & M. and Hist. 3, 41. Black's Law Dictionary rev. 4th ed. p. 1580 (1968).

[5] **American.** an Aboriginal or one of the various coppercolored natives found on the American Continent by the Europeans. The original signification of the name. Webster's 1828 American Dictionary of the English language and 1936. Webster's Twentieth Century Dictionary. "Some examples will now be cited from the American to illustrate the use of "negro" and ... ... ... ... applied to people of American ancestry." Enel. D. defines: Ex-descend native americans. dig. 3. Negro.

times. and ALL of my rights are reserved at all times: WHEREBY I am exercising them now. I am the Executor. Administrator. Creditor. Claimant. and Beneficiary of my own Estate and the aforementioned corporate pseudo court operators are but former trustees that are not authorized to subrogate my identity with the fraudulent CAPITALIZED or corporate-fiction name of

\_\_ SHATINA LYNN GRADY owned by the UNITED STATES OF

AMERICA. Inc., UNITED STATES, FEDERAL RESERVE, FEDERAL RESERVE BANKS, or any franchises or agencies thereof, that are rendered null and void.

**Diversity of Nationality**[67]: I, _____ \_\_being Moorish American, I am a Noble freehold Original Indigenous Autochthonous Moor/Muur[8] of the organic Americas - the Land. By consanguine unity I am the descendant of the ancient Moabite Fore-Mothers and Fore-Fathers. My pledge of National, Political, and Spiritual allegiance is to my Moabite / Moorish Nation - being the archaic Originals / Indigenes of Amexem (the Americas) and stand squarely affirmed upon our Divine Oath to the five Points of Light -- Love. Truth. Peace. Freedom. and Justice. I am by birthright heritage, and primogeniture, the living beneficiary, good steward, heir apparent Jus sanguinis (by right of blood)[9] and Jus soli (by right of soil) of the extreme far west Al Moroccan (American) Continents - Land of the Moors **territoria**, North America, South America: Central America: including the adjoining Islands (Americana / Amexem Al Morocc): the ancient American lands since time immemorial before 1492 European invasion, colonization, occupation, and birthright theft of our lands and identities. **Federal Question**[10] Jurisdiction: the corporate tribunal lacks subject matter. personam, venue; and political, jurisdiction claims under diversity jurisdiction (Article III Section 2 Clause 1), and under the Eleventh Amendment limitations. The amount in controversy is lawful-money Four-million, five-hundred-thousand ($4.5 Million) pursuant to Article 1. Section 10. Clause 1 that

---

[footnote] **Nationality.** That quality or character which arises from the fact of a person's belonging to a nation or state. Nationality determines the political status of the individual, especially with reference to allegiance; while domicile determines his civil status. Nationality arises either by birth or by naturalization. According to Savigny, "nationality" is also used as opposed to "territoriality," for the purpose of distinguishing the case of a nation having no national territory: e. g., the Jews. 8 Sav. Syst. § 31. West Pub. Inc. Law, S. Black's Law Dictionary rev. 4th ed. p. 1602 (1968)

[footnote] **Moor.** n. Moor. Maure. L. Maurus a Moor 2. (Hist.) Any individual of the swarthy [dark complexion] races..." [relative to the Webster's unabridged dictionary, comprising the issues of 1864, 1879, and 1884 by Webster. Noah. 1758-1843; "Since moor and moors had also been used for American (Antwerp, 1563, and Brazil, 1550s, 1640s), we can see a pattern where both moor's race and class were elevated enough to embrace a broad range of brown to dark brown people." Jack D. Forbes; Africans and Native Americans; Dupree v. Spencer (1855) Lib. ID 100567, as a trial lawyer before president of the United States Corporation Company. Ap. II 27, 1855

[footnote] **Jus Sanguinis** - Citizenship is not determined by one's place born, but having a parent(s) (by blood) who are Citizens of the Nation. Jus sanguinis rights are mandated by international treaty with citizenship definitions imposed by the international community.

[footnote] **Federal Question.** Cases arising under Constitution of United States, Acts of Congress, or treaties, and involving their interpretation and application, and of which jurisdiction is given to federal courts, are commonly described as involving a "federal question." McAllister v. St. Louis Merchants' Bridge Terminal Ry. Co., 324 Mo. 1005, 25 S.W.2d 791, 792. Black's Law Dictionary rev. 4th ed. p. 740 (1968)

reads: "but gold and silver coin a tender in payment of debts". The corporate employees of THE STATE OF MICHIGAN are required to take the oath (5 U.S. Code § 3331 - Oath of office) and they are foreign entities (8 U.S. Code § 1481): the International Organization Immunities Act relinquished every public office of the United States to the United Nations December 9, 1945. The foreign private for-profit MUNICIPAL, COUNTY, OR STATE corporate agency pseudo COURTS lack jurisdiction to hear any case under the FOREIGN STATE Definitions (28 U.S. Code § 1603) under the Foreign Sovereign Immunities Act (FSIA). Aboriginal Indigenous Mixer,                         is non-domestic, non-resident, non-subject; he/she is NOT a corporate entity and is not registered with any Secretary of State as a CORPORATION; however, the corporate tribunal failed to disclose that the administrative fictional plaintiff (STATE OF MICHIGAN) was deceptively appointed as Trustee over all matters dealing with any issue involving the ALL CAPITALIZED Dummy(s)/strawman name, and fictional construct of SHAHNA LYNN GRADY _to defraud the living Man; as to joinder[] and own in the commission of and involuntary servitude (slavery) because the dummy strawman is not a living flesh and blood man which is an action under the jurisdiction of the STATE OF EMERGENCY CLAUSE: Public Law 1, 48 stat C1.

   **Capital Crimes of Fraud and Treason Jurisdiction:** It is a fact that the Amendatory Act April 20, 1933 under Executive Order 6111 and as defined in the Banking Emergency Act under Public Law 1, 48 stat. C1 has defined the nonliving DUMMY DEFENDANT                (once deceptively joinder of the living) and the people of the land as enemies of the state-(i.e., STATE OF MICHIGAN / UNITED STATES) under the Amended Trading with the Enemy Act (1933) under Title 50 Chapter 3 / Public Law 40, stat 1, 411 as enemies of their own country. From these facts, any alleged "PLAINTIFF" and "DEFENDANT" being addressed by this corporate pseudo court is not a living "Person" which is the most basic identity as one of the living people unlawfully and unconscionably converted to that of a business. The living Being had been literally "impersonated" constituting constructive conversion and crime of personage for profit and servitude (human trafficking/slavery).

   When the living being face charges in this corporate pseudo courts, the living Being suffers barratry because of the false presumptions -which are crimes against humanity and war crimes

19. **DUMMY**, n. One who holds legal title for another; a straw man. Hegstad v. Wysiecki, 178 App.Div. 733, 165 N.Y.S. 898, 900. Space 6 1/2 feet in width between street railroad tracks. Schroeder v. Pittsburgh Rys. Co., 311 Pa. 398, 165 A. 733. DUMMY, adj. Sham; make-believe; pretended; imitation. U.S. v. Warn, D.C.Idaho, 295 F. 328, 330. As respects basis for predicating liability on parent corporation for acts of subsidiary, "agency," "ad'unct," "branch," "instrumentality," "dummy," "buffer," and "tool" all mean very much the same thing. owendahl v. Baltimore & O. R. Co., 287 N.Y.S. 62, 74, 247 App.Div. 14 DUMMY DIRECTOR. One to whom (usually) a single share of stock in a corporation is transferred for the purpose of qualifying him as a director of the corporation, in which he has no real or active interest. Ashby v. Peters, 128 Neb. 338, 258 N.W. 639, 99 A.L.R. 843. One who is a mere figurehead and in effect discharges no duties. Golden Rod Mining Co. v. Bukvich, 108 Mont. 569, 92 P. 2d 316, 319. Black's Law Dictionary rev. 4th ed. p. 591, 592 (1968)

11. **Joinder.** Joining or coupling together; uniting two or more constituents or elements in one; uniting with another person in some legal step or proceeding; union: concurrence. Black's Law Dictionary rev. 4th ed. p. 971 (1968)

under the jurisdiction of the Constitutional Article III Moorish Consular Court and International Criminal Court (ICC) against the operators of this corporate pseudo court. Both the Territorial United States which is political - not physical and derived under treaty, and the Municipal United States which is ROMAN, are foreign entities with respect to the aboriginal indigenous Moor, and both of these corporate United States/UNITED STATES - have created DUMMY franchises" for themselves named after the living Being - written in ALL CAPITALIZED letters. These DUMMY franchises are created by infringing upon the Common Law copyright of the living BEING'S own given name which is what is actually being addressed as "DEFENDANT" and represented as "PLAINTIFF" in the corporate pseudo courts.

Whereas the STATE OF MICHIGAN BAR Association prosecution fails to have, as required by *de jure* Law and Rules of Court, pursuant to the Constitution For the united States of America: the Republic, and the federal statutes of this country pursuant thereof, the alledged PLAINTIFF is NOT living, nor a real injured party, but is moving forward as if crimes against the state were committed. This can only mean that the DUMMY/STRAWMAN/DEFENDANT, SHATINA LYNN GRADY is being charged as an enemy of the state-under War crimes. The living Man is being constantly hunted down, persecuted without crime by said foreign private for-profit corporate entities, and denied due process of de jure Law under the normal constitutional and statutory requirements of this organic land. Thus, under the corporate pseudo courts own federal rules of civil procedure: FRCP 12(b)(6), the alleged foreign private for-profit corporate-fiction PLAINTIFF in error, styled as, STATE OF MICHIGAN_- failed to state a claim to which relief can be granted. This removal is under COMPLETE DIVERSITY of NATIONALITY.

## PROOF OF DELIVERY/SERVICE

i do certify that a copy of the above NOTICE OF REMOVAL Bill of Attainder# **19C8950-C** has been furnished by way of either walk-in for all recipients, e-mail, fax, or certified mail to:

Moorish American Consulate of the
Moorish National Republic Federal
Government Vizir (Judge), Sharon Tracey
Gale Bey c/o 444 East Township Line Road
near [Havertown Pennsylvania zip exempt
19083]]

35TH DISTRICT COURT

660 PLYMOUTH RD, PLYMOUTH,
MICHIGAN 48170 – 1891

Filled with clerk by way of walk in. Proof:

Stamped by clerk on each page. On 3/29/19

Date: _ March 29, _2019 ___ MCY_ 1439

In Propria Persona, Sui Juris

Moorish American National, All Rights Reserved at All Times

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

STATE OF MICHIGAN )
Plaintiff/Petitioner )
v. )
Sha'Teina Anahita Lin Grady El )
Ex Rel: SHATINA LYNN GRADY )
Defendant/Respondent )

Civil Action No.

19-002313-03-FH

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ _____ , and my take-home pay or wages are: $ _____ per
*(specify pay period)* ●_____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment ☐ Yes ☐ No
(b) Rent payments, interest, or dividends ☐ Yes ☐ No
(c) Pension, annuity, or life insurance payments ☐ Yes ☐ No
(d) Disability, or worker's compensation payments ☐ Yes ☐ No
(e) Gifts, or inheritances ☐ Yes ☐ No
(f) Any other sources ☐ Yes ☐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240  (Rev  07-10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4.  Amount of money that I have in cash or in a checking or savings account:   $

5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

6.  Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:   4-22-19

Daniyal Ka Rhi Gady El
*Applicant's signature*

Daniyal Ka Rhi Gady El
*Printed name*

U.S. POSTAGE PAID
EASTPOINTE, MI
48021
APR 22 19
AMOUNT
$14.15
R2304H109929G-04

4/16/18

RETURN RECEIPT
REQUESTED

7018 1130 0000 5254 2355

TO:

United States District Court
Eastern District of Michigan
Office of the Clerk
231 West Lafayette Blvd
Detroit, Michigan 48226

RETURN RECEIPT
REQUESTED

RECEIVED
APR 24 2019
CLERK'S OFFICE
U.S. DISTRICT COURT

U.S. MARSH...

FROM:
Daniyal Ka Rhi Grady El.
c/o 2744 Peachcrest Street
Washtenaw Territory
Michigan Republic [48108]

PRIORITY MAIL
★ TRACKED ★
★ INSURED ★
UNITED STATES
POSTAL SERVICE®
For Domestic Use Only

Utility Mailer
10 1/2" x 16"

JS 44  (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)

## I. (a) PLAINTIFFS

STATE OF MICHIGAN

**(b)** County of Residence of First Listed Plaintiff  UNKnown
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorneys (Firm Name, Address, and Telephone Number)

## DEFENDANTS

Sha'Teina Anahita Lin Grady El
Ex Rel. SHATINA LYNN GRADY

County of Residence of First Listed Defendant  Washtenaw
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED

Case:2:19-cv-11205
Judge: Borman, Paul D.
MJ: Davis, Stephanie Dawkins
Filed: 04-24-2019 At 03:45 PM
REM SHA'TEINA GRADY EL V STATE
OF MICHIGAN, ET AL (LG)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government
Plaintiff

☐ 2  U.S. Government
Defendant

☐ 3  Federal Question
(U.S. Government Not a Party)

☒ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

530

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | **PERSONAL INJURY** | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 365 Personal Injury - Product Liability | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 367 Health Care/ Pharmaceutical | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | Personal Injury Product Liability | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 463 Alien Detainee | | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 510 Motions to Vacate Sentence | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 530 General | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 535 Death Penalty | ☐ 871 IRS—Third Party 26 USC 7609 | |
| | ☐ 448 Education | **Other:** | **IMMIGRATION** | |
| | | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | |
| | | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | |
| | | ☐ 555 Prison Condition | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding  ☒ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from Another District (specify)  ☐ 6 Multidistrict Litigation - Transfer  ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Art. III Sec. 2 for Constitution of United States, Treaty of Peace + Friendship

Brief description of cause:
Lack of jurisdiction Diversity of Citizenship matter.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions)

JUDGE

DOCKET NUMBER

DATE
28 April 2019

SIGNATURE OF ATTORNEY OF RECORD
Daniyal ka Rhi Grady El

**FOR OFFICE USE ONLY**

RECEIPT #       AMOUNT       APPLYING IFP       JUDGE       MAG. JUDGE

## PURSUANT TO LOCAL RULE 83.11

1.        Is this a case that has been previously dismissed?          ☐ Yes   ☑ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.        Other than stated above, are there any pending or previously
          discontinued or dismissed companion cases in this or any other
          court, including state court? (Companion cases are matters in which
          it appears substantially similar evidence will be offered or the same
          or related parties are present and the cases arise out of the same
          transaction or occurrence.)          ☐ Yes   ☑ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


Notes :