UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE OF MICHIGAN,

        Plaintiff,        Case No. 19-cv-11205

v.        Paul D. Borman
        United States District Judge

SHA'TEINA ANAHITA LIN
GRADY EL,

        Defendant.
_____/

## JUDGMENT

For the reasons stated in an Order granting Defendant's Application to Proceed in District Court without Prepaying Fees or Costs and dismissing Defendant's Action, it is ORDERED and ADJUDGED that Defendant's Action is DISMISSED WITH PREJUDICE.

IT IS CERTIFIED that any appeal undertaken by Defendant would not be in good faith.

IT IS SO ORDERED.

Dated: June 6, 2019        s/Paul D. Borman
        Paul D. Borman
        United States District Judge