




# Moorish National Republic Federal Government
## ~ Societas Republicae Ea Al Maurikanos ~
### Moorish Divine and National Movement of the World
#### Northwest Amexem / Northwest Africa / North America / 'The North Gate'

## Averment Of Jurisdiction - Quo Warranto

For The Record, To Be Read Into The Record
Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent.

24 June 2019

Sha'Teina Anahita Liu Grady El, Sui Juris, In Propria Persona
Moorish American National – All Rights Reserved At All Times
Moorish American Consular Court, Article III Jurisdiction
Care of [2744 Peachcrest Street]
[Washtenaw County, Michigan Republic [48198]]
daniyalkrel@gmail.com


FILED
JUN 28 2019
CLERK'S OFFICE
DETROIT

EASTERN DISTRICT OF MICHIGAN UNITED STATES DISTRICT COURT
Denise Page Hood
231 W. Lafayette Blvd.
Detroit, MI 48226

Re: 19-cv-11205

## Res Judicata

**Hagans v Lavine 415 U.S. 533,** There is no discretion to ignore lack of jurisdiction. **Joyce v U.S. 474 2d 215;** The law provides that once State and Federal jurisdiction have been challenged, it must be proven. **Main v Thiboutot 100. S. Ct 2501 (1980);** "Jurisdiction can be challenged at any time " and "jurisdiction, once challenged, cannot be assumed and must be decided". **Basso v Utah Power and Light Co. 495 F.2d 906,910.**

As all government entities and alleged private corporations must be a creature of the American Constitution, this is a formal Request and Command for **EASTERN DISTRICT OF MICHIGAN UNITED STATES DISTRICT COURT** and/or **Denise Page Hood** to produce for the record, the physical documented 'Delegation of Authority', as Proof of Jurisdiction, as required by Law, per **Article III, Section 1 of the United States Republic Constitution**:

PUBLIC HAZARD BONDING OF CORPORATE AGENTS All officials are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance. Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prim a facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office. (18 USC 912).

"Whoever, having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, willfully and contrary to

1 MACN-Rxxxxxxxxx_Averment of Jurisdiction – Quo Warranto
Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / 'The North Gate'/Central Amexem/Sourthwest Amexem/Adjoining and Americana Islands - The Moroccan Empire - Continental United States; 'Temple of the Moon and Sun' / 'Turtle Island': Non - Domestic, Non - Resident, Non – Subject,
– Moors / Muurs - Being the Rightful Heirs and Primogeniture Birthright - Inheritors of the Land.






such oath states or subscribes any material matter which he does not believe to be true, is guilty of perjury and shall be fined no more than $2,000.00 or imprisoned not more than five years or both."
**18 U.S.C. §1621**

Upon my inherited status, I ▓▓▓▓▓▓▓▓▓▓▓▓▓▓, being a descendant of The Ancient Moabites in other respect known as American – Al Moroccan – Moor, standing squarely affirmed upon my Oath to the 'Five Points of Light' – *Love, Truth, Peace, Freedom,* and *Justice*; Being competent (In My Own Proper Person) to Attest to this Affidavit upon which I place my Autograph; Whereas, I State, Proclaim, and Declare the following to be true, correct, not misleading, and not intended to be presented for any misrepresented, 'colored' or improper use or purpose.

**I Am:** _____
Consul of the Moorish American Consulate

**Omnia Iura Reservantis**
Email: daniyalkrel@gmail.com
Northwest Amexem – Northwest Africa – North America – The North Gate
Central Amexem – South Amexem – Adjoining and Americana Islands

Witness: _____
A Free and Sovereign Moorish American National, Northwest Amexem / Africa / America
All Rights Retained At All Times

Witness: _____
A Free and Sovereign Moorish American National, Northwest Amexem / Africa / America
All Rights Retained At All Times

***Courtesy Copies;***

Donald Trump, President of USSC

John Roberts, Chief Justice of the Supreme Court of USSC

Steven Mnuchin, USSC Department of the Treasury

Mike Pompeo, USSC Secretary of State

MG David P Glaser, Provost Marshall

Governor of the CORPORATE Territory

? MACN-Rxxxxxxxxx Averment of Jurisdiction – Quo Warranto
Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / 'The North Gate'/Central Amexem/Sourthwest Amexem/Adjoining and Americana Islands - The Moroccan Empire - Continental United States; 'Temple of the Moon and Sun' / 'Turtle Island': Non - Domestic. Non - Resident, Non – Subject;
– Moors / Muurs - Being the Rightful Heirs and Primogeniture Birthright - Inheritors of the Land.

   

# 𝔐oorish 𝔑ational 𝔑epublic 𝔉ederal 𝔊overnment

### ~ Societas Republicae Ea Al Maurikanos ~
#### Moorish Divine and National Movement of the World
#### Northwest Amexem / Northwest Africa / North America / 'The North Gate'
### ~ Temple of the Moon and Sun ~
### The True and De Jure Natural Peoples – Heirs of the Land
### ~ I.S.L.A.M. ~

---

**From:**
[c/o 2744 Peachcrest Street
Washtenaw Territory,
Michigan Republic] [48198]

**To:** PAUL D. BORMAN DBA JUDGE
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
Theodore Levin United States Courthouse
231 West Lafayette Blvd., Room 251
Detroit, Michigan 48226

24 June 2019

**In Relation to:**
Case No: 2:19-cv-11205
Case Name: STATE OF MICHIGAN v. Sha'Teina Anahita Lin Grady El

## Affidavit of Facts
## Judicial Disqualification

*Notice to the agent is notice to the principal. Notice to the principal is notice to the agent.*

Pursuant to Michigan Court Rule 2.003 (A)(1)(b); 28 U.S. Code §455; and 28 U.S. Code §454, I _____, In Propria Persona, Sui Juris, Proprio Solo, Proprio Heredes, is rightfully and lawfully demanding the Judicial Disqualification of Paul D. Borman dba United States District Judge.

I, _____, Moorish American National, In Propria Persona Sui Juris, the Undersigned, do solemnly affirm, and declare:

1. That I am of the age of maturity to state to the matters set forth herein.
2. That I am mentally competent to make this Affidavit of Facts for the record.
3. That I have personal knowledge of the facts stated herein.
4. That all the facts stated herein are true, correct, and certain.
5. On _____, I filed a Notice of Removal on behalf of my consort _____ from the Frank Murphy Hall of Justice because they lack jurisdiction over any matters dealing with a Moorish American National.
6. Issue at law: Diversity of Nationality.







7. On _____, Paul D. Borman dba United States District Court Judge Dismisses Notice of Removal to Federal Court on grounds that he says is "Frivolous" mister Borman is clearly acting on his personal feelings and not upholding his Oath to the Constitution for the united States 1791, as a (Judge).
8. Paul D. Borman is in good standing with the Michigan Bar Association, member #P11015 and thus is practicing law from the bench. Clearly, violating Sha'Teina El's due process of law, the Constitution for the united States, and the Treaty of Peace and Friendship of 1786 and 1836 still in force to this day.
9. Paul D. Borman is found to be practicing law from the bench by violating Sha'Teina's due process of law. The issues at law, which is Diversity of citizenship, supersedes the issue of fact in the case.
10. "Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them". **Miranda v. Arizona 384 US 436, 125.**
11. Amendment IX: "The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people."
12. A completed application to proceed without prepaying fees was sent by me pursuant Title 12 U.S.C. 411, and the Courts received on May 5, 2019.
13. "Every Sovereign State (People) is bound to respect the independence of every other Sovereign State (People) and the courts of one country (People) will not sit in judgement on the acts of the government of another, done within (the same or) its own territory..." **Act of State Doctrine: Underhill v. Hernandez, 168 U.S. 250 (1897)**
14. Affidavit uncontested unrebutted unanswered **Morris v National Cash Register, 44 S.W. 2d 433 Morris v National Cash Register, 44 S.W. 2d 433**
15. "Officers of the court have no immunity, when violating a Constitutional right, from liability. For they are deemed to know the law." **Owen v. Independence, 100 S.C.T. 1398, 445 US 622.**
16. *Ubi jus ibi remedium*: For every wrong, the law provides a remedy.

## Conclusion

I, _____, rightfully and lawfully demand that Paul D. Borman dba United States District Judge is disqualified pursuant to Michigan Court Rule 2.003 (A)(1)(b); 28 U.S. Code §455; and 28 U.S. Code §454. Therefore, demanding that the case is reassigned to a United States District Judge that will uphold his or her Oath of Office and practice impartiality in this case.

_____, being the real, live flesh and blood, breathing, Divine and Natural Being – born sanguineous of a natural, thinking and animated Mother do solemnly, sincerely, and squarely Affirm that the foregoing facts contained in this Affidavit, by Affirmed Affidavit, are true. This 'Affidavit' is constructed to the best of my knowledge, conjoined to my Culture, Customs and Beliefs; being actual, factual, and restorative in nature to my ancient Traditions and Customs; presented as correct, and not misleading, etc.; - being the Truth, the whole Truth, and nothing but the Truth. As with





my ancient Traditions and Customs, I entreat to all:

*Hibu (Love), Haqq (Truth), Salaam (Peace), Hurryatun (Freedom), Adl (Justice)*, All Rights Reserved Without Prejudice; U.C.C. 1-207 / 308, U.C.C. 1-103.

Being of descendible age and competence; and being lawfully qualified and competent to execute this Affidavit. I, _____, therefore, place my autograph, seal thereto and duly affirmed.

J Am: _____
_____, Moorish American National, In Propria persona, Sui Juris
Signature – **Omnia Iura Reservantis**
Northwest Amexem – Northwest Africa – North America – The North Gate
All Right Reserved. At all Times and at all Points in Time. UCC 1-308

**Witnesses:**
J Am: _____
_____, Moorish American National, In Propria persona, Sui Juris
Signature – **Omnia Iura Reservantis**
Northwest Amexem – Northwest Africa – North America – The North Gate
All Right Reserved. At all Times and at all Points in Time. UCC 1-308

Respectfully Submitted,

_____, In Propria Persona
[Care of 2744 Peachcrest Street, Washtenaw Territory,
Michigan Republic] [48198]
(734) 262-1871
Best reached at:
daniyalkrel@gmail.com

Cc:
Denise Page Hood, Chief Judge of United States District Court Eastern Michigan
Gretchen Whitmer, Governor of State of Michigan
John Roberts, Chief Justice of the Supreme Court

Nintu Xi Gilmore Bey
Care of 226 Alter Road
Wayne County
Near. [Detroit Michigan Republic [ZIPCODE Exempt]]

NON-DOMESTIC Without the UNITED STATES

USPS Int'l Mail Manual
742.1 – Marketing Postage Paid
742.2 – Parcels w/o Stamps
Treat as Pre-Paid
**MAIL TAMPERING**
In Accordance With

7016 3560 0000 9405 6806

**FILED**
JUN 28 2019
CLERK'S OFFICE
DETROIT

ALLODIAL AMERICAN NATIONAL OFFICE OF MICHIGAN
Date

IAXL - PERCUE/POSTAGE PAID
UPU RL 1.14 (2.2)
MANCHESTER MI 480 ZIP
24 JUN 2019 PM



Denise Page Hood
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 701
Detroit, Michigan 48226